Page 138

accommodation to work?
A. **Yeah.**
Q. And I'm trying to remember -- what's the name of the place you're working?
A. **I work for**
Q. Thank you. What accommodation is providing for you?
A. **Just the same thing that happens here, that I don't -- I alternate my work.**
Q. Your typing and your reading?
A. **Yeah. I also -- about once a month, I come in two hours late because of the -- I have sleep issues. I don't sleep well.**
Q. Okay. Have you -- is this a formal situation where you've informed that you need an accommodation?
A. **They -- yeah. Basically, my direct superior knows --**
Q. Okay.
A. **-- and we've discussed it and he knows -- do we have a formal -- as far as it's written down, no, but I've told him. And, in fact -- what day -- one day this week -- no -- last week I came in two hours late.**
Q. Okay.
A. **So, he knows that -- when I call in and say, "I'm going to have take a couple of hours more," he grants that.**

Page 139

Q. All right. I'm -- let's talk about the medical questionnaire we've been talking about all day today --
A. **All right.**
Q. -- because it seems to me Mr. Sustaita has been asking me when we're done and it seems to me that I need to move on.
MR. SUSTAITA: Just curious.
MR. McLAUGHLIN: Well, I understand. I'm always curious, too, frankly. I'll be asking you tomorrow.
Q. (BY MR. McLAUGHLIN) Let's look at -- you're free to stop and read any part of this you need to. I was going to just skip around and hopefully ask you just a few questions about it and then move on, Ms. Netterville, so don't feel rushed or anything, okay? If I'm not giving you time to read something, make sure and tell me.
A. **Okay.**
Q. Okay?
A. **Yes.**
Q. I guess, first, would you look at the back -- no, nevermind, not the last page. The page with your signature on it says "Page 5 of 7," do you see that?
A. **Yes.**
Q. Okay. Right above that, it says "I certify the information given by me is true."
A. **Uh-huh.**

Page 140

Q. And then it also says, "I understand that any misrepresentation, false statement, or omission herein may result in the company rejecting my application, withdrawing any offer of employment, or terminating my employment at any time." Do you see that?
A. **Yes.**
Q. Okay. And below that, that is your signature, correct?
A. **That's correct.**
Q. It is dated April 5th, 2001, right?
A. **Right.**
Q. All right. Let's move to the -- let's see -- second page. I think you mentioned something about looking at this -- you and I were talking about some of your medications and you said something about -- I think -- I'm not putting words in your mouth. You said something about looking at this.
Are there medications on here that relate to chronic fatigue syndrome first? Let me ask you that.
A. **No, there is not.**
Q. Okay.
A. **I didn't have at that time.**
Q. So, when you were diagnosed -- not "diagnosed." When you had the discussion with Dr. Salvato in 1987 that we've already talked about, she didn't put you on any

Page 141

medication that she specifically characterized as for right?
A. **No.**
Q. In that 1987 visit, did she put you on any medication at all?
A. **Not -- that was a continual -- I took six weeks of shots, six weeks of antibiotics, six weeks of That's it.**
Q. All right. Okay. Now, I see on here. You mentioned that.
A. **That was for panic attacks.**
Q. For panic attacks. Okay. Very good.
A. **And even says down here on this second line --**
Q. Yep.
A. **-- panic" --**
Q. I see that. panic disorder," right?
A. **Uh-huh.**
Q. Under that, it says "chemical imbalance."
A. **"Chemical imbalance," uh-huh.**
Q. What do you mean by that?
A. **That -- the doctor said that the panic disorder and everything, that it was caused by a chemical imbalance in my brain.**
Q. Okay. Did you get that at the emergency room or prior to that?

A. **No, no. I believe that's the one I said that I believe Kelsey-Seybold --**
Q. Probably right. The ambulance ride from the downtown location, the Chevron Tower --
A. **Uh-huh.**
Q. -- did you go to the ER?
A. **Yeah. The only thing I got was Vicodin for my head.**
Q. Okay.
A. **That was it.**
Q. So, you didn't get any kind of information about what caused your episode?
A. **No. They couldn't figure out anything except that I had a headache.**
Q. Okay. Next -- to the left of the you ?
A.
Q. What is that?
A. **It's for hypothyroidism.**
Q. All right. Now, does that have any relationship to
A. **No.**
Q. Okay. I'm asking because I don't know. Believe me. I also see "Fiorinal."
A. **"Fiorinal."**

Q. Thank you. And you have a dash. It says "infrequent headaches"?
A. **That's right.**
Q. All right. Looking back on it now, would you attribute that to ?
A. **No, because they're a different kind of headache.**
Q. Okay.
A. **That was more for sinus headaches.**
Q. All right. Now, I didn't -- this is nothing I would have brought up, but you mentioned it earlier and it's on your form. There are two medical abortions at the bottom right-hand of this page --
A. **That's right.**
Q. -- that you have listed. That's what we were talking about earlier today, right?
A. **That's right.**
Q. Okay. Were you married or not at the time?
A. **Not.**
Q. Was Mr. Lunsford the father of either?
A. **One.**
Q. Okay. All right. Move on. I'm moving on to the next page as well. I don't see any -- let's look at the page with -- this is 507, again, with your signature on it.
A. **Uh-huh.**
Q. The -- look at No. 24, "Excessive fatigue with

work or exercise."
A. **Uh-huh.**
Q. Now, at that point, had you ever experienced excessive fatigue? And by "at that point," I mean when you filled this out.
A. **No, no.**
Q. So, in -- but in 1987 --
A. **'87.**
Q. -- you had fatigue, right?
A. **I had -- yeah, I had fatigue, I had -- but the big thing with it was the leaden arms. I had real bad lead arms and lead legs. And while there was some fatigue, it wasn't -- there wasn't with work or exercise. I was just -- you know, it was just -- I was just tired.**
Q. Okay.
A. **It wasn't caused by work. It wasn't caused by exercise. I would just get up and be tired.**
Q. Well, I mean, if you'd get up and be tired, then you would be tired at work, right?
A. **Well, but it says "with work or exercise" and that's how I read it.**
Q. Okay.
A. **Does -- does work or exercise cause excessive fatigue, that's how I read that.**
Q. So, are you saying if this was worded

differently, you might have put "yes"?
A. **Yeah. If it had said something like "Are you tired all the time or have you ever been tired all time?" yeah, I would have put "yes."**
Q. Okay.
A. **But to me, that was like -- like I said, during work, during exercise, do you get excessively fatigued.**
Q. Okay. So, when you were answering this, you were aware that you had experienced excessive fatigue, you just didn't attribute it to work or exercise?
A. **That's right. I didn't.**
Q. Okay. When you were answering this, you were aware that you might have
A. **I did not think I had**
Q. Well --
A. **I really had convinced myself that I did not have it.**
Q. But you were aware that you could have had it back in '87 or whatever, right?
A. **I was aware that I could have had it.**
Q. Okay.
A. **But I hadn't had symptoms in 15 years.**
Q. All right.
A. **To me, it was just nothing to even think about.**
Q. Okay. Look at No. 36 also. It says or

Electronically signed by shanon hair (301-372-649-4977) ab97f74d-be4c-430b-91e4-b60c751bbad

other blood condition/blood transfusion."
A. **Uh-huh.**
Q. At that point, had you had -- had you been diagnosed with anything that would be considered a blood condition?
A. **No, but neither is a blood condition.**
Q. Okay. You noted high blood pressure above that.
A. **I did. I noted all kinds of things.**
Q. Yes, you did. On bone or joint trouble, you checked "no." Do you see that one, No. 58?
A. **Uh-huh, uh-huh.**
Q. Now, at that time, had you had any kind of bone or joint issues?
A. **No. I -- I checked "yes" on , so I was assuming they meant something other than. Since they asked that specifically and then came back with "any" -- so, I had assumed they meant something other than and, no, at that time, I hadn't had any --**
Q. Right, because , I suppose, could be considered some kind of bone or joint trouble.
A. **Yeah. That's when I -- you know, when I first looked at them, I was going, okay, they ask about this, but then they come back -- so, I'm assuming it means other than, so --**

Q. Now, does your -- does it create any kind of bone or joint trouble for you now?
A. **Yes, it does.**
Q. Okay. What kind? How would you describe it?
A. **It's hard for me to sit still for very long at a certain time because they stiffen up real bad. That's one of the reasons I need to get up and move around. If you look under the table, my feet -- my legs aren't usually still because if I don't keep them moving, they -- they hurt so bad then when I stand up.**
Q. Okay.
A. **My hands are -- are the worst. Hands get really, really -- just really hurt.**
Q. Okay. All right. Give me just a second.
On No. 70, you check "yes" for
A. **I sure did.**
Q. Your last -- the last page of this, you have some written explanations.
A. **Uh-huh, uh-huh.**
Q. You say, "I experimented with street drugs as a youth."
A. **Uh-huh.**
Q. "I got help."
A. **Uh-huh.**
Q. Does that say, "None in the last year"?

A. **Uh-huh. That says, "None in the last year."**
Q. Wouldn't -- I mean --
A. **Well, I was just stating, you know, nothing in the last year. I guess it was just like a -- "with none in the last year."**
Q. Well, when you say "none in the last year" though, do you mean within the last three years you had?
A. **No, no. It just means none -- I don't know why I put that.**
Q. Okay.
A. **You know, that's just one of those "duhs."**
Q. All right. Because ordinarily you'd expect to say none in the last couple decades, right, or something like that? I'm not trying to pin you down.
A. **Yeah. Well, maybe. I don't know. I guess I was trying to say, "Look, I hadn't done anything in the last" -- I don't know.**
Q. All right. Did you used to consume alcohol?
A. **Yeah, a little bit, but alcohol was never my drug of choice.**
Q. What was? You had to put it like that, didn't you?
A.
Q. When did you stop using those drugs approximately?

A. **Well, let's see. I really stopped, I guess, in -- before I turned 20 because I got pregnant.**
Q. Uh-huh.
A. **I had a couple of times, like, later -- in my early 30s or something -- where I --**
Q. Okay.
A. **-- at a party, I'd smoke some , you know, but nothing that -- I mean, I wasn't ever, like, all the time doing drugs.**
Q. Was this also during your marriage with Mr. Lunsford?
A. **Yeah.**
Q. And you've testified that he had an issue with that stuff.
A. **Yeah. And he was always pushing, "Smoke it with me."**
Q. All right. I've got to check this. My wife's pregnant, very pregnant.
(Discussion off the record at 2:49 p.m.)
Q. (BY MR. McLAUGHLIN) You -- at the end of this written section you and I were just talking about, you see where you say "Is this considered an emotional problem?"
A. **Right.**
Q. What are you asking about there?
A. **Well, because, see, I didn't --**

Electronically signed by shanon hair (301-372-649-4977) ab97f74d-be4c-430b-91e4-b60c751bbad

Q. Panic disorder?
A. **Yeah.**
Q. Okay.
A. **Because I didn't put over here "emotional problem" until -- I wrote it out. I said, "Look, I didn't mark it as emotional." I didn't know if it was emotional or if it's, you know, physiological or what, and so I just explained the whole thing; that if it was, that they'd know that I was marking it, yes, if I was --**
Q. Okay. Because you had marked panic disorder along with -- you had -- you had raised it with "Pain or pressure in the chest," No. 25.
A. **Uh-huh. Right.**
Q. So, what you're doing here after you described that is you're saying, "Is it also an emotional problem?"
A. **Exactly.**
Q. Okay. I understand. Now, when -- how long was your son sick? We talked about that earlier, but --
A. **Yeah. He -- let's see. This happened right after -- it was Christmas Day -- couple of days before Christmas and it took him eight to ten months to fully recuperate. As far as he puts it, he got his brains back.**
Q. Okay.
A. **It was a long --**
Q. So, on No. 24, you said that you would have --

it's the words "with work or exercise," I guess, you say that caused you to answer that "no."
A. **Yeah. I mean, to me, it was -- that's not --**
Q. Why didn't you -- did you not feel any -- any need to clarify that like you did with the pain or pressure in chest and so forth and so --
A. **No. I just -- I didn't think I had didn't think there was anything -- to me, excessive -- I just never even thought about.**
Q. I understand what you're saying there. And this doesn't even ask specifically and
A. **Right, it doesn't.**
Q. It says -- it says "Excessive fatigue with work or exercise." Now, if you just stopped at "with excessive fatigue" and if you go to the top and it says "Have you ever had or do you now have," if it just said "excessive fatigue," you would have checked "yes"?
A. **I would have checked "yes."**
Q. All right. So then is it your testimony -- well, when you were filling this out, did you debate with yourself about whether this is a "yes" or a "no"?
A. **Not -- no more than a half a second.**
Q. Okay.
A. **I looked at it, I read it, "with work or" -- nope. That's -- I don't have that, don't have that.**

Q. But -- so, at the time, it would be your testimony that "Have you ever had excessive fatigue," answer "yes"?
A. **Yes.**
Q. "Have you ever had excessive fatigue with work or exercise," answer "no"?
A. **No, because to me that's saying, okay, if I'm working or exercising -- in other words, it would be hard to do my job because I have this excessive fatigue. That's not true. I didn't -- and I don't have -- didn't -- the excessive fatigue wasn't caused by work or exercise, which I read that as saying excessive fatigue caused by work or exercise.**
Q. But it didn't say "caused by," right?
A. **It says "with."**
Q. So, at some point, if you had excessive fatigue, you would have had excessive fatigue with work, right?
A. **That's not what it asks.**
Q. Well, you would have had excessive fatigue at work -- if it had said "excessive fatigue at work," would you have checked "yes" or "no"?
A. **At work, no, I -- probably not because I wasn't working. I mean, I wasn't working. I was --**
Q. Well, we're always working.
A. **Yeah. I mean, I was going to school and being an**

**at-home mom.**
Q. Which is a lot of work, right?
A. **Yeah. But, I mean, it is what it is. It says "with work or exercise." That's -- that's how I read it. That's how I -- I mean, to me, that meant because of work or exercise; and, no, I never had work -- excessive fatigue because of work or exercise.**
Q. All right. Okay. So, ultimately, obviously, you went and filed an EEOC charge. --
A. **I did.**
Q. -- right?
A. **Yes.**
Q. Have you ever filed an EEOC charge before?
A. **I have not.**
Q. Did you ever talk to any lawyers about the situation?
A. **I talked to a friend.**
Q. A friend who is also a lawyer?
A. **That's a lawyer, yes.**
Q. Okay.

(Discussion off the record at 2:54 p.m.)

(Netterville Exhibit No. 12 marked.)

Q. (BY MR. McLAUGHLIN) Who is this friend?
A. **His name is Charles Kirkland.**
Q. What kind of law does he do, do you know?

Electronically signed by shanon hair (301-372-649-4977) ab97f74d-be4c-430b-91e4-b60c751bba

A. **Think he does personal injury.**
Q. Okay.
A. **But I'm not sure.**
Q. All right. Did you talk to him about taking your case?
A. **No, no.**
Q. All right. Okay. So, at any rate, you end up at the EEOC. I don't really want to know what you said to any lawyers or any of that. And in front of you marked as No. 12, would you identify the document, please?
A. **Charge of Discrimination.**
Q. Okay. Is it your signature at the bottom?
A. **It is.**
Q. You have two signatures on this document, right?
A. **Uh-huh.**
Q. One is 03-26-03, correct?
A. **Uh-huh.**
Q. The other is 08-16-03, right?
A. **Right.**
Q. Look right above your 08-16-03 signature. It says "I wish to amend my charge to include retaliation due to my termination in violation of the Americans with Disabilities Act." Do you see that?
A. **I see it.**
Q. Do you know what -- what are you saying there, do

you know?
A. **Let's see. Olga --**
Q. Castaneda.
A. **-- yes -- called me and she said that the board, whoever, reviewed it, felt like that it was more than just discrimination, that Chevron Phillips has retaliated against me, and they felt like that the charge should be upgraded and she sent me the paperwork to sign and --**
Q. Okay. So, in other words, this is nothing you thought of, it's something that Ms. Castaneda suggested.
A. **(Witness nods head affirmatively.)**
Q. The amendment, I mean.
A. **Yes.**
Q. Okay. Obviously, the charge was -- was your idea --
A. **Right.**
Q. -- originally. Okay.
A. **Right.**
Q. So, originally, if you look at the Roman Numeral I there -- just take a second to read that and I'll do the same.
A. **(Witness complies.)**
Q. Actually, it would be No. 3, I guess, that I would be asking you about. Says "I believe I have been discriminated against because of being regarded as having a

disability in violation of the Americans with Disabilities Act." Do you see that?
A. **I see that.**
Q. Who regarded you as having a disability?
A. **Who regarded me?**
Q. Yeah. Look at the verbiage again if you need to. You say "I believe I've been discriminated against because of being regarded as having a disability."
A. **Uh-huh.**
Q. Who do you believe regarded you as having a disability?
A. **Well, I didn't do the actual verbiage.**
Q. Understood. You signed it though, right?
A. **Yeah, yeah. They said, "Sign here." I signed here.**
Q. Okay. Are you basically -- I'm not trying to put words in your mouth.
A. **Okay.**
Q. Are you basically saying you don't really know what that means?
A. **Well, I believe that -- that -- do I have a disability? Yes, I do. I have which greatly affects my life.**
Q. Okay. But what I'm getting to is the whole "regarded as having a disability." That's --

A. **Yeah. I don't know why it was worded like that.**
Q. That's fine. Okay. That's fine. Now, do you -- it's fair to say sitting here today that you believe you were discriminated against because of this disability you mentioned, right?
A. **Yes.**
Q. Do you also feel like you were retaliated against?
A. **Yes.**
Q. For what?
A. **I think I was retaliated against by -- by firing me, by not even discussing with me --**
Q. But retaliation for what? In other words, what do you think you did that caused the company, in your opinion, to retaliate against you?
A. **I'm thinking.**
Q. Okay.
A. **Okay. I'm not -- I'm not going anywhere. I'm thinking.**
Q. That's fine.
A. **Okay. I guess I considered the whole way they went about it a retaliation for -- I didn't -- I didn't feel like I had done anything to be fired for.**
Q. Okay. But my question to you -- and I'm going to try to maybe clarify it a little bit.

Electronically signed by shanon hair (301-372-649-4977) ab97f74d-be4c-430b-91e4-b60c751bbad

A. **Okay.**
Q. First off, you understand that the EEOC is suing Chevron Phillips, right?
A. **I do.**
Q. In a sense, do you understand also that you, Lorin Netterville, are not technically suing Chevron Phillips; you're, rather, a claimant in an action the EEOC's bringing?
A. **Right.**
Q. Okay. I -- I make the distinction only because it's conceivable that you're not really sure what the retaliation claim is all about and if your answer is -- if that's your answer, "I'm not really sure of the technicalities of it," that's fine, we can move on. I'm not suggesting you should say that. I'm just suggesting that if that's your answer, you don't have to try to, you know, come up with something.
A. **Yeah. Well, I'm thinking about it.**
Q. I understand.
A. **I just -- you know --**
Q. Your --
A. **-- Olga -- she said, "Lorin, this is what we think and we want you to sign it."**
Q. Okay. That's fine. To sum it up, the retaliation claim's in here not because it occurred to you

that you had been retaliated against but because the investigator on the file suggested putting it in there, correct?
A. **No. She said that -- the board.**
Q. Understood.
A. **I don't know what that meant. I don't know who that was.**
Q. That's fine.
A. **But she just said the board who reviewed it felt like it was more than just discrimination.**
Q. Now, on the discrimination issue though, the disability issue there, you have -- you have a feeling -- you have an opinion, a belief -- you feel like you were discriminated against because you have syndrome, correct?
A. **That's correct.**
Q. And you feel like you were terminated because you have chronic fatigue syndrome?
A. **That's right.**
Q. Okay. Very good. Now, you started to mention this. We might as well go into it now. How does the condition, the impairment, affect your life?
A. **I don't really have a life. I pretty much -- the weekends are spent in bed to recuperate, be able to work**

**during the week.**
Q. Correct.
A. **The -- I hurt all the time. I have foggy brain a lot. The Cymbalta has helped with the foggy brain, but it still -- there are times that it gets very bad. I've had a couple of episodes this week of real bad foggy brain. And when I say "foggy brain," it's like you -- you can't think of words that you know, you know, you can't -- it's like you're moving around in this dense thickness that you can't figure out which way is out.**
**I don't sleep without medication. Then there's days that I have slept almost 24 hours. At least twice a month that happens where I'll sleep 17, 18 hours straight. I -- I mean, I don't have a social life at all. The biggest social life I have is on birthdays that I'll go to the restaurant, you know, and -- and eat with the family.**
Q. So, you don't go to restaurants other than birthdays?
A. **Birthdays or every once in a while, on Sunday, we'll have Sunday dinner; but we do it, you know, at a restaurant so nobody has to clean up and, you know, which -- that's -- that's about the extent.**
Q. Okay.
A. **Really, I don't go to parties, I don't go -- I go twice a month to church.**

Q. You only go twice a month to church?
A. **Uh-huh.**
Q. Okay. , you mentioned that earlier.
A. **Uh-huh.**
Q. When did you start taking it, couple years ago?
A. **Yeah, right after -- I think it's right after it came out.**
Q. Okay.
A. **So, I think it's about two years ago.**
Q. What did you take before for whatever it does?
A. **I don't remember if it was**
Q. How do you spell that?
A.
Q. Okay.
A. **It was either I know at one point, you know, I took then I took , and I think then I went back to at one time.**
Q. For the panic attacks?
A. **Uh-huh.**
Q. Did you also take for the
A. **Yeah. I mean, as it --**
Q. For the depression aspect of it?
A. **Right. As it progressed, I did.**

Electronically signed by shanon hair (301-372-649-4977) ab97f74d-be4c-430b-91e4-b60c751bba

Page 162

Q. What is do you know?
A. is an antidepressant and they use it also for panic disorder.
Q. Now, the thing about is it's a combination, right?
A. Uh-huh.
Q. It's an antidepressant and for --
A. Pain.
Q. -- pain. Okay. What were you taking for the pain prior to , if there was something different?
A. I was taking and --
Q. Okay. Which you're still taking, right?
A. Yeah.
Q. Okay. And as well?
A. I think that's what --
Q. Is that what it's called,
A. , uh-huh. Well, I take the generic form.
Q. All right. The , has that -- you said earlier that was something that made a big difference.
A. It does. It makes a big difference.
Q. So, have your symptoms alleviated since you started taking it?
A. I would say my foggy brain part has -- has. The -- and some of the neck and shoulder pain --
Q. All right.

Page 163

A. -- has alleviated.
Q. Has that rendered any improvement in your life, your day-to-day life?
A. Well, as far as being able to work, it's helped. Do I -- it's not where -- I mean, I'm still, you know, where I just don't have any kind of social life. It just isn't possible. If I try to do it, I land up in bed for a week. I mean, that's just how it is.
Q. Okay.
A. You -- for every -- they have a little thing they give you. For every 8 hours when you're in a -- when you're in an active cycle, for every 8 hours of -- of up you do, you know -- every 8 hours of activity -- I'm sorry -- you should get 16 hours of rest --
Q. Okay.
A. -- okay? When you're inactive, they'll still tell you for every four hours activity, you should get four hours rest.
Q. Okay. Well -- so, with chronic fatigue syndrome you're able to work, right?
A. I'm able to work, yeah.
Q. You can walk.
A. Most the time.
Q. Okay.
A. I mean, I -- it's not that I -- I mean, it can

Page 164

cause severe pain at times.
Q. Right. Is it -- has it caused any vision impairments?
A. Every once in a while, you know, I've had some -- actually, Sunday, I had some problems with my vision that was really pretty funky, but --
Q. Is that rare?
A. I wouldn't say "rare." I wouldn't say it occurs every day. Probably several times a month I'll have vision problems.
Q. Okay. All right. Does it cause any breathing issues?
A. No. The -- other than sleep apnea. I've now got sleep apnea with it --
Q. Okay.
A. -- and --
Q. But that -- you don't know whether -- is that from chronic fatigue syndrome or is that --
A. Well, it -- you know, they don't know if it causes it. They do know that it is one of those things that seems to occur a lot in people with chronic fatigue.
Q. Okay.
A. So, at this point, they don't know.
Q. All right. Give me just a second here. I think we're closing in.

Page 165

(Discussion off the record from 3:08 p.m. to 3:09 p.m.)
(Netterville Exhibit No. 13 marked.)
Q. (BY MR. McLAUGHLIN) Here's No. 13.
MR. McLAUGHLIN: Here you go, Rudy.
MR. SUSTAITA: Thank you.
Q. (BY MR. McLAUGHLIN) Not going to ask you a lot about this, again, Ms. Netterville. I just wanted to confirm that it -- maybe it is. Is any of this in your handwriting? I'm guessing the top part isn't and the part right under --
A. Yeah. The disability thing is.
Q. Okay. When you say that -- let me stop you a minute. Is it under the part that says, "Do you believe that you've been discriminated against because of," etcetera?
A. Uh-huh.
Q. "If yes, describe below"?
A. Uh-huh.
Q. Okay. That part's in your handwriting?
A. Uh-huh.
Q. And you say, "I was diagnosed with chronic fatigue in 1987."
A. Uh-huh.
Q. You see that?

Electronically signed by shanon hair (301-372-649-4977) ab97f74d-be4c-430b-91e4-b60c751bbac

Page 166

**A. Uh-huh.**
Q. That's in your handwriting?
**A. Uh-huh.**
Q. Okay. "After treatment, I had no" -- etcetera -- "no problems." Okay. Then you said, "About a year ago, new symptoms appeared." Am I reading that right?
**A. Uh-huh.**
Q. At the bottom, is that your signature?
**A. Uh-huh.**
Q. And to the right, that date, March 25, '03, is that in your handwriting?
**A. Uh-huh.**
Q. Okay. All right. Do you remember filling out this form?
**A. Vaguely.**
Q. Do you know -- did you do that here at the EEOC's offices?
**A. Uh-huh.**
Q. This was around the time you filed your EEOC charge, correct?
**A. Uh-huh.**
Q. Okay.
MR. McLAUGHLIN: All right. Why don't we take a short one, Rudy, let me see if I can get done.
(Recess from 3:11 p.m. to 3:24 p.m.)

Page 167

Q. (BY MR. McLAUGHLIN) We're back on the record after a short break. Ms. Netterville, we're almost done, I'm pleased to report.
**A. Okay.**
Q. Do you have anything you need to add to any prior testimony?
**A. No.**
Q. Okay. Do you keep a calendar or did you -- better question is: Did you keep a calendar during the events in question back in 2003?
**A. I don't think so. I don't keep a calendar.**
Q. Well, we talked about a journal or whatever and I should have asked you then.
**A. Yeah. No, I don't have a calendar.**
Q. All right. What -- when did your sister have this episode or whatever it was of chronic fatigue syndrome?
**A. Now, you know what? I can't -- I don't know exactly the years.**
Q. But it --
**A. I know it was -- was it -- I'm trying to go backwards in my mind so I can figure out when. Maybe early Nineties.**
Q. All right.
**A. Early to mid Nineties.**
Q. Have you ever heard anything to make you believe

Page 168

that chronic fatigue syndrome occurs in families?
**A. Yes, I have.**
Q. Okay. So, there's at least some -- from what you've read -- and I'm not asking if you know personally really, but what from you've read or heard, there's some opinion out there in the medical community that it can be hereditary?
**A. Yeah.**
Q. Has anyone else in your family had it?
**A. Yes.**
Q. Who else?
**A. Both of my sisters, and I have five or six cousins.**
Q. Five or six cousins who have had it?
**A. Uh-huh.**
Q. Okay. So, one sister had it in the early Nineties?
**A. Uh-huh.**
Q. When I say "had it," I don't mean it's gone now, but she apparently had an episode.
**A. Uh-huh, uh-huh.**
Q. Is that two years in bed thing you were talking about?
**A. Uh-huh, uh-huh.**
Q. And did she literally, aside from taking a shower

Page 169

and eating and stuff like that --
**A. She was literally in bed.**
Q. Okay. What sister was this?
**A. That was Danna.**
Q. Yes. What's her last name again?
**A. Curlee.**
Q. What's your other sister's name?
**A. Leslie, L-e-s-l-i-e, Karvelis, K-a-r-v-e-l-i-s. She had it late Nineties, early -- maybe early 2000/2001.**
Q. Okay. Did either parent have it, your mom?
**A. We believe my dad did.**
Q. Don't know for sure?
**A. No.**
Q. What about these cousins? Approximately when did they experience it?
**A. Let's see. Yeah. Most of them, I don't really know. I just know about it from family conversations, but -- except for I have a cousin, Cheryl. She's actually a cousin on both sides of the family and she's got it right now really bad. She's in bed right now.**
Q. Okay. Now, we talked about your visiting with Dr. Salvato in 1987.
**A. Uh-huh.**
Q. Between 1987 and, I guess, when you started your employment at Chevron Phillips, did you have any health

Electronically signed by shanon hair (301-372-649-4977) ab97f74d-be4c-430b-91e4-b60c751bbad

issues or were you basically healthy as a horse, no problems?

**A. Well, I wouldn't say "healthy as horse." I had -- I was diagnosed with during that period.**

Q. Okay.

**A. Was diagnosed with**

Q. All right. I guess panic attacks as well, right?

**A. Panic attacks, yeah.**

Q. What else?

**A. Can I see that list?**

Q. Yeah. Which list are you talking about?

**A. The one that has my --**

Q. The questionnaire?

**A. Yeah, that has about the medicines, because then I can tell you what I was taking it for.**

Q. It should be in your stack, I hope.

MR. SUSTAITA: Exhibit 11?

**A. That's it. Thank you.**

Q. (BY MR. McLAUGHLIN) Sure. I'll try to find my copy and read it along with you.

**A. Oh, recurrent sinus infections --**

Q. Okay.

**A. -- and --**

Q. Asthma, I guess, right?

**A. Yeah. Well --**

Q. Or did that came before 1987?

**A. Oh, yeah. I've had since I was a kid. I started out life with . Came out the womb going --**

Q. So did my youngest son. We're talking about this period from 1987 to --

**A. Okay. Let's see. Yeah. I guess that's -- the sinus infections --**

Q. Okay.

**A. -- the hypertension. I was taking for allergies. I didn't know how bad they were until recently and have found out that I'm allergic to everything they tested me for. And when they put me on three different medications, it sure helped with those sinus infections. Whoo-hoo. The and the the**

Q. Okay.

**A. Yeah.**

Q. Why didn't you see Dr. Salvato more after the period you saw her in 1987?

**A. Well, she wasn't on my insurance most the time. And then there were periods that I didn't have any insurance and I didn't have $160 to go see her.**

Q. Right.

**A. So, most the time, the insurance I had were HMOs**

**and so I had to choose -- you know, Kelsey-Seybold was on almost everything, so that's why I chose Kelsey-Seybold so much because they were on all the HMOs.**

Q. All right. So, they dealt with you on all these issues --

**A. Most of them, yeah.**

Q. Do you remember any other physicians you saw besides Salvato?

**A. I know one of the Kelsey-Seybold guys was named -- but I don't know his first name -- Dr. Brown. There was a guy that I saw for quite sometime and he was mainly for my high blood pressure. His name is Ryan O'Neal, I think.**

Q. Like the actor?

**A. Or was it Neal Ryan? You know, it's one of --**

Q. All right.

**A. I know it's one of the -- he was downtown on -- not downtown. He was on Fannin Street --**

Q. Okay.

**A. -- in Scurlock Towers or something like that.**

Q. All right. Very good.

**A. But mostly Kelsey-Seybold and --**

Q. Okay.

**A. -- Dr. O'Neal or Dr. Ryan, whichever one it was. I'm really leaning towards Ryan Neal or Ryan O'Neal.**

Q. Okay. Very good. Does Dr. Salvato specialize, do you know?

**A. In In e?**

Q. Yes.

**A. Yeah, she does. That and AIDS, immunodeficiency. She's an internal medicine and she manages my blood pressure. Has done it better than anybody else, has got it where it's stable.**

Q. Okay. Earlier, you talked about active versus, I guess, inactive episodes of chronic fatigue syndrome.

**A. Uh-huh, uh-huh, uh-huh.**

Q. Roughly speaking -- I mean, yours isn't always active is it, or is it?

**A. It has been since 2002.**

Q. It has been constantly active?

**A. Yeah.**

Q. What about before that?

**A. Well, I didn't have any -- between 1987 and 2002, I had no symptoms.**

Q. Okay.

**A. I didn't have any --**

Q. All right. So, it was -- this is probably the wrong characterization; but if you had it in 1987, it was kind of in remission until whenever it came again?

**A. I guess, I mean, if that's the way it was. I**

Electronically signed by shanon hair (301-372-649-4977) ab97f74d-be4c-430b-91e4-b60c751bbac

Page 174

**mean, I just don't know. I just know I had no symptoms.**
Q. Okay. So, it has been constantly active since 2002?
**A. Yes, it has.**
Q. All right. Do you exercise?
**A. What I'm able. Not supposed to do aerobic exercises at all, anything that gets the heart rate up.**
Q. Right.
**A. It's supposed to be more anaerobic. Am I good about it? No, I'm not.**
Q. When you say "anaerobic," are you talking about weight-lifting, stuff like that?
**A. Yeah, light weight-lifting.**
Q. Right.
**A. If you walk, it's supposed to be short, slow.**
Q. Kind of like with MS. You're not supposed to get real hot with MS, too, right?
**A. Right. And the fibromyalgia which I've been -- now they've added that to mine, so I've got --**
Q. They've added it to your what?
**A. To my diagnosis.**
Q. What is that? What's your understanding of it?
**A. Fibromyalgia is a muscular disease. Not "disease." Syndrome.**
Q. Okay.

Page 175

**A. There's, like, 18 hot points that --**
Q. All right. Today, while we've been talking -- you've mentioned foggy brain, you know, during the course of our conversation. Have you had that problem today?
**A. Couple times. I mean, I -- yeah.**
Q. The -- go ahead.
**A. You know, when -- when I'm trying to think of a word -- I mean, several times, I can't find a word. I mean, that's -- it's not as severe -- nearly as severe as what it can be; but, yeah, couple times I've had, like -- okay. I know that word. I know that word, you know.**
Q. Has it affected your ability to understand my questions?
**A. I don't think so.**
Q. It's been more a matter of your --
**A. Inner processing.**
Q. Searching for the right word or something like that?
**A. Uh-huh, uh-huh, uh-huh.**
Q. Okay. All right. So, you know, except for the times when you've told me, "I don't understand your question," you have understood my questions today, correct?
**A. Uh-huh.**
Q. And --
**A. Yes.**

Page 176

Q. Okay.
**A. Yes. I'm sorry.**
MR. McLAUGHLIN: Okay. I'll pass the witness.
(3:35 p.m.)
EXAMINATION
BY MR. SUSTAITA:
Q. I just have a few follow-up questions, Ms. Netterville.
MR. McLAUGHLIN: Oh, you're killing me, man.
MR. SUSTAITA: Sorry.
Q. (BY MR. SUSTAITA) You testified earlier about having symptoms associated with chronic fatigue in 1987. How long did those symptoms last?
**A. About six weeks.**
Q. I want to turn your attention to what's been marked Exhibit No. 11 to your deposition.
MR. McLAUGHLIN: Which one is that?
MR. SUSTAITA: That's the questionnaire.
MR. McLAUGHLIN: Okay.
Q. (BY MR. SUSTAITA) When you filled this out, had you been -- had you been offered a job by Chevron?
**A. Yes.**
Q. You testified earlier about working overtime at Chevron. Can you describe what you were doing in terms of

Page 177

working overtime?
**A. Yeah. During June and July of 2002, I was working -- well, I had checks with 30, 40 hours of overtime on them because we were getting ready for the move and I would -- not only had -- not only had to do my duties but -- my regular duties but then was having to pack up boxes and get people -- different areas ready for the move and pulling boxes, you know, and stacking boxes and just getting the area ready for the move. And I couldn't get that done during the day because I had my regular duties, so I was staying at night, 9:00, 10:00 o'clock at night.**
Q. Did you work on weekends?
**A. Several times I did.**
Q. How did that affect you?
**A. Well, that's really what I -- how I felt like I really started going downhill because I was having so much physical exercise and so much physical -- not getting enough rest. I was not getting enough rest at all because we worked nine-hour days, so that meant I had to be at work at 6:45, 7:00 o'clock in the morning. I was at work until 9:00, 10:00 o'clock at night, so --**
Q. Why did you sign up with Dr. Salvato in 2002?
**A. Well, she was an internal medicine person, I was familiar with her, my sisters went to her, and I needed someone really to manage my blood pressure -- because it was**

Electronically signed by shanon hair (301-372-649-4977) ab97f74d-be4c-430b-91e4-b60c751bbad

Page 178

so volatile -- and I knew as an internal medicine person she would most likely be able to do that.

Q. Can you describe how being fired from Chevron affected your life?

A. I felt -- I felt completely worthless. I cried a lot. I just -- I thought that -- that I was a really bad person, that I just -- you know, I couldn't do anything right, that I couldn't -- see, for long time, I didn't even want to go look for another job because I just didn't believe I deserved another job. I didn't think I could get another job because I had been fired and I would have to put that on a resume, that I had been fired on my -- not the resume, the application. I think you're going to have to put that there.

And it was just a really black time. I just really -- I was the only one taking care of myself. There was nobody else to take care of me, you know, and I was scared. I didn't know what I was going to do. I didn't know how I was going to be able to take care of myself.

Q. How did it affect you physically, if at all?

A. The emotional -- the real emotional caused me to be in more pain and -- and it caused things, you know, where it was hard to get out of bed, it was hard to do things because I just couldn't -- the -- to -- I have to -- had no motive. I just really thought -- I really thought that I

Page 179

was just completely worthless. I felt like -- for some reason, I felt like -- that there was no way that it was ever going to be okay again. And I know that's crazy, but that's how I felt.

Q. Now, you testified earlier about being in a depression. Have you ever been diagnosed with depression?

A. I don't think I've been diagnosed, per se. I think that depression can -- does come with

Maybe -- I guess maybe when Tim -- what happened with Tim and I had the panic attacks and the depression. I -- I remember the doctor saying, you know, that you're depressed, "You just" -- "this is a bad time," you know, that kind of thing, but I don't think -- other than I don't think I've ever actually said, you know, "You have, like, stand-alone depression."

Is that what you're asking, you know, or are you asking -- I mean, the depression is part of

Q. Okay. Now, you testified earlier about being in bed.

A. Uh-huh.

Q. Were you in bed after -- any length of -- period of time after being fired by Chevron?

A. For two months, I hardly got out of the bed. I wasn't going anywhere. I --

Q. And why -- and why did you stay in bed?

Page 180

A. Because I saw no reason to get out.

Q. Do you think -- were you in bed because you were fired by Chevron?

A. No. I wasn't there before I was fired. Yeah, I think I was in bed because I was fired.

Q. You testified about -- scratch that.

Did you have any other symptoms associated with your firing from Chevron?

A. The sleep became a real issue.

Q. Can you describe that?

A. I would not be able to sleep for days. I'd lay in bed and not be able to sleep for days.

Q. How soon after being fired from Chevron did that happen?

A. Well, the first night that -- I didn't sleep for probably the first 48 hours after being fired.

Q. How long did these sleep irregularities continue?

A. It's still going on. I still -- I couldn't -- I mean, I -- Saturday night, I didn't go to sleep until 6:00 o'clock -- Friday night, I didn't go to sleep until 6:00 o'clock.

Q. Did you have that type of irregularity prior to being fired by Chevron?

A. No.

Q. Earlier, you were asked about retaliation.

Page 181

Why -- why do you think that you were fired by Chevron?

A. Because I had

Q. Do you believe that bringing that issue to their attention caused your termination?

A. Yes, I do.

Q. Do you believe that asking for a reasonable accommodation caused your termination?

A. Yes, I do.

Q. And I just want to make sure I understand your testimony. Exhibit No. 11, did you fill this out before or after you were made an offer of a job by Chevron?

A. I was -- I was --

MR. McLAUGHLIN: Objection. Asked and answered.

You can go ahead.

A. The offer was made. My understanding was until I filled this out, I wasn't an employee. And that's what the -- the thing says that -- the letter said "As of April 16th, you are an employee." I was given the offer of employment on April 3rd. I filled this out during that time. Then it says my official date of hire is April 16th. So, I believed that this was a condition of employment.

Q. (BY MR. SUSTAITA) I'm going to turn your attention to Item No. 24 on Page 5 of 7 of Exhibit No. 11 to your deposition. When you answered that particular

Electronically signed by shanon hair (301-372-649-4977) ab97f74d-be4c-430b-91e4-b60c751bbad

Page 182

question, were you being deceptive?
**A. No, I was not.**
Q. I'm going to take you back to 2002 and 2003 regarding your chronic fatigue as you were then. What were your symptoms in place in 2002, early 2003?
**A. Well, extreme fatigue, foggy brain. I was having problems waking up in the morning. And, you know, as -- we had to be to work a quarter to 6:00. I was driving 50 miles. And more than once, I went to sleep on the way to work. Several times that bump, bump, bump stuff, you know, the stuff they put on the side of the road to make you wake up, I more than once had that waking me up. And I didn't have that before. I didn't have the problem of going to sleep.**
Q. Any other symptoms?
**A. I had a lot of -- my arms and legs were hurting. Started having restless leg syndrome. Oh, my gosh.**
Q. Restless what?
**A. Restless leg syndrome. It's your legs -- the muscles in your legs, they feel like they're tightening up, tightening up. You have to move your legs.**
Q. Any others?
**A. Can wake you out of dead sleep in the middle of the night.**
Q. Any other symptoms?

Page 183

**A. Had problems with my eyes, not being able to focus at times. Had problems understanding the written word. You know, more than a couple sentences, I found myself having to read over and over.**
Q. Any other symptoms that you can recall right now?
**A. And my hands. The hands were really bad, the -- the -- she says something in the -- neuropathy, I think she called it, of the hands. My hands would just ache so bad. I would be holding onto something. I mean, it would just let go. My hands would just let go. That wouldn't be something I was consciously trying to do. My hands would just let go of something. I actually broke a glass at work one day because of it. Had one day where -- downtown, just before we moved where I was walking across the -- the street and I fell in the middle of the -- the street on the walkway because my leg went numb and just gave way.**
Q. Now, how -- how long did you have a problem with your eyesight, with ability to see?
**A. I still really have that. That's something that will happen several times a week where my -- things just go, like, blurry and I can't -- I can't make out words. You know, you can't -- it's like it's crossed or something.**
Q. Words on a written page?
**A. Yeah, words on a written page.**
Q. And how long -- how long does this last, these

Page 184

episodes?
**A. Anywhere from just a few minutes to -- I've had it last as long as an hour, hour-and-a-half.**
Q. How many times a day or a month or week?
**A. I would say probably four or five times a month at least I have the eye problems.**
Q. The foggy brain, again, going back to 2002-2003, how long would that last, those episodes of foggy brain?
**A. Yeah. That can last from just, like, seconds to -- I have had it last all day. It can literally last all day.**
Q. Is that something that you -- when did it -- when did it start and when did it stop?
**A. I didn't start having the foggy brain until June or July of 2002.**
Q. And do you still have it or did it stop?
**A. Yes. No. Foggy brain is something I fight all the time.**
Q. So, lasts seconds to all day. How often does that happen, monthly or weekly?
**A. The seconds is a weekly thing. The all day I've had happen probably seven or eight times. So, it's, you know, not like it happens frequently, but it happens often enough that you don't know when it's going to spring up on you.**

Page 185

Q. The extreme fatigue which, I guess, is -- is that one of the primary symptoms of your chronic fatigue?
**A. Yeah. I mean, it is. I spend at least one day of every weekend in bed. I mean, I just -- I stay in -- because if I don't, I will not be able to work the next week.**
Q. How -- and how often -- how long have you had this?
**A. I've been doing the stay-in-the-bed thing every weekend -- I think that started where I was -- I did that since August when we moved, and I -- here I was trying to do all this physical stuff and all of a sudden I had no energy, so I started staying in bed one day of the weekends to try --**
Q. August -- "the move." You mean August of 2002?
**A. Uh-huh, uh-huh.**
Q. Let me ask you a question about the -- your not being able to wake in the morning or sleeping problems. How often did you experience that?
**A. The sleep -- if I don't take I won't go to sleep. I have to have That's one of the drugs that I take is for my**
Q. How long have you been suffering from that?
**A. I've been taking since early 2003.**
Q. Do you still suffer from sleeping problems?

Page 186

A. Yes, I do.
Q. Even with
A. Even with There are times I just don't go to sleep.
Q. How often does that happen?
A. At least once a week. Then on the other hand, there's times I just don't wake up. I have slept as long as 17 hours without waking up.
Q. Thank you.
MR. SUSTAITA: I pass the witness.
MR. McLAUGHLIN: I have nothing further.
(Deposition concluded at 3:54 p.m.)

Page 187

CHANGES AND SIGNATURE

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|

I, LORIN D. NETTERVILLE, have read the foregoing deposition and hereby affix my signature that same is true

Page 188

and correct, except as noted above.

LORIN D. NETTERVILLE

THE STATE OF )
COUNTY OF )

Before me, , on this day personally appeared LORIN D. NETTERVILLE, known to me (or proved to me under oath or through ) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this day of , .

NOTARY PUBLIC IN AND FOR
THE STATE OF

Page 189

STATE OF TEXAS
COUNTY OF HARRIS

I, the undersigned certified shorthand reporter in and for the State of Texas, certify that the facts stated in the foregoing pages are true and correct.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto, or financially interested in the action.

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the day of , 2006.

SHANON M. HAIR, CSR
Certified Shorthand Reporter
In and for the State of Texas

Certificate No. 6513
Expiration date: 12-31-07
Firm Registration No. 03

A true and original copy Certified Transcript using RealLegal electronically signed technology.

Electronically signed by shanon hair (301-372-649-4977) ab97f74d-be4c-430b-91e4-b60c751bbad:

A

**ability** 5:16 7:7 175:12 183:18
**able** 31:10,15 73:21 80:11,17 83:2 95:11 103:1,22 105:20 109:9 110:12 111:12 113:23 121:3 159:25 163:4,20 163:21 174:6 178:2,19 180:11 180:12 183:1 185:5,18
**aborted** 29:22
**abortions** 143:11
**above-styled** 1:18
**absolutely** 9:13 87:7 102:24 103:1
**abuse** 26:2,7,12 27:18 28:4 33:3
**abused** 25:15,16,16
**accept** 135:12
**acceptable** 133:19
**accepted** 30:2
**accommodation** 56:6 128:7 130:1 130:3,5,6,7 132:5 133:24 134:11 135:2 138:1,6,15 181:7
**accompanied** 105:17
**accounting** 89:1,2
**accounts** 40:9
**accurate** 28:24,25 45:20,21,25 46:9 46:13 90:11
**ache** 183:8
**acknowledge** 120:1
**acknowledged** 188:12
**Act** 154:23 156:2
**acted** 115:11 119:16,17
**action** 1:5 124:24 158:7 189:6,7
**active** 163:12 173:9 173:13,15 174:2
**activities** 79:10,21
**activity** 163:13,17
**actor** 172:14
**actual** 90:8 130:8 156:12
**add** 29:21 53:19 96:12 137:23 167:5
**added** 174:19,20
**addiction** 27:15
**addition** 95:13
**additional** 96:3 127:19
**address** 12:20
**admin** 115:11 130:23 131:7,9,13
**Administrative** 10:14
**administrator** 36:13
**administrator's** 36:8
**advised** 92:20
**aerobic** 174:6
**affect** 5:16,20 7:25 8:6 109:7 110:3,8 159:22 177:14 178:20
**affidavit** 26:12
**affirmatively** 38:2 63:5 136:24 155:11
**affix** 187:25
**afford** 135:16
**afraid** 31:15
**age** 79:24
**agency** 10:24 11:2 12:6 44:5
**ago** 101:9,14,14 105:3 118:25 123:14 161:5,9 166:5
**agreed** 17:8,11
**ahead** 23:21 42:2 42:21 46:18 51:6 60:18 76:9 91:6 93:5 97:15 103:13 104:8,9 117:20 118:3 175:6 181:15
**AIDS** 173:5
**alcohol** 27:17,18 28:4 148:18,19
**allergic** 171:12
**allergies** 75:19,22 171:11
**alleviated** 162:21 163:1
**allowed** 64:10
**alluding** 76:20
**alternate** 135:4,18 136:4 138:9
**Ambien** 185:20,21 185:22,24 186:2,3
**ambulance** 65:8 142:3
**amend** 154:21
**amendment** 155:12
**America** 83:23
**Americans** 154:22 156:1
**amount** 66:5
**anaerobic** 174:9,11
**analysis** 115:4
**Anemia** 145:25
**answer** 6:20 7:6 8:9 8:11,17 9:7,10 30:7 48:8 63:6 96:22 98:4 100:8 100:12 107:2 109:21 122:18 132:23 133:2 151:2 152:3,6 158:12,13,16
**answered** 96:16 101:12 133:3 181:14,25
**answering** 145:8,12
**answers** 7:8 8:21
**antibiotic** 105:1
**antibiotics** 105:1 141:7
**anticipated** 102:17
**antidepressant** 66:8 72:9 162:2,7
**antidepressant/p...** 73:20
**anybody** 39:12 86:12 120:24 173:7
**anyway** 99:1
**apnea** 164:13,14
**apparently** 28:14 168:20
**Appearances** 2:2
**appeared** 166:6 188:9
**appears** 88:4
**application** 2:12 46:18 47:1 97:2 140:3 178:13
**applied** 90:20 91:22
**apply** 16:20 92:16
**appointment** 111:15
**Appraisal** 2:19 114:21
**approached** 80:19
**approximate** 24:13 24:14
**approximately** 12:1 14:15 15:10 16:23 36:1 39:7 47:15 54:25 68:8 98:15 148:25 169:14
**April** 13:20,21,23 14:13 18:11,11,11 18:13 47:11 60:1 140:10 181:18,20 181:21
**area** 27:2 35:18 39:21 42:24 43:1 85:11 99:11 177:9
**areas** 7:13 177:7
**arms** 144:11,12 182:16
**arrow** 105:16
**arthritis** 146:15,20
**article** 35:6
**articulate** 8:21 45:5 107:2
**aside** 97:3 168:25
**asked** 7:22 9:10 17:3 22:18,18 56:5,5 57:14 60:19 62:21 81:21 84:22 100:9 124:10 126:11,13 127:15 130:1,3,12 133:5,20 134:6,7 146:16 167:13 180:25 181:13
**asking** 45:25 61:12 91:17 92:6,11,11 92:13,16 101:7 110:7 122:21 128:7,8 132:19 133:10 134:8,25 139:5,9 142:23 149:24 155:24 168:4 179:16,17 181:6
**asks** 152:18
**aspect** 161:24
**assigned** 48:19
**assignment** 11:4
**assistant** 10:14 38:21 39:9,10 41:2,13 115:11 130:24 131:9,14
**associate** 98:2
**associated** 176:13 180:7

**Association** 83:23 84:10
**assume** 92:22
**assumed** 33:11 146:18
**assumes** 86:2
**assuming** 33:1 146:16,24
**asthma** 170:25 171:3,4
**ATP** 72:21,21 95:13
**attached** 1:25
**attack** 65:12,14,17 67:23 74:13,17 76:16 90:8
**attacked** 119:18
**attacks** 66:11 69:7 69:11,19 73:21 74:21 76:4 141:11 141:12 161:19 170:8,9 179:10
**attend** 78:16
**attended** 77:15
**attending** 89:2 107:16,18
**attention** 176:16 181:4,24
**attorney** 189:5
**attribute** 23:2 69:14 103:6,8 143:5 145:10
**at-home** 153:1
**August** 13:2 14:17 15:11 59:21 185:11,15,15
**authorities** 77:21
**available** 137:6
**average** 104:14
**avoid** 28:20 30:9,10
**avoiding** 29:5,11 29:11
**aware** 5:8 132:13 132:15 145:9,13 145:18,20
**a.m** 1:19 5:1,14 29:19,19 53:17,17

**B**

**back** 19:10 21:25 31:17 33:10,12,14 34:18 35:11 42:17 47:21 60:22 62:4 69:12 82:12 84:24 85:11 86:18 87:10 89:24,24 96:10 97:6,25 98:13,14 98:23 99:1,4,10 103:25 105:7 106:24 109:3 112:23 113:25 114:4 117:25 119:20 121:21 122:2 123:21 124:10 128:17,19 128:22 129:20 135:14,16 136:3 137:8,9,21 139:19 143:4 145:19 146:17,24 150:22 161:18 167:1,10 182:3 184:7
**backing** 31:17
**backwards** 167:21
**BACON** 4:8
**bad** 36:24 54:3 111:8,10,23,24 113:8,13,17 144:11 147:6,10 160:5,6 169:20 171:11 178:6 179:12 183:6,8
**badly** 55:23
**bankruptcy** 11:13
**Baptist** 78:18 79:22
**bark** 16:9
**base** 41:20 118:15 125:25
**based** 122:6
**Basenji** 16:5,7
**basically** 31:11 53:11 91:13 92:11 119:12 138:16 156:16,19 170:1
**basis** 126:3
**Beagle** 16:5
**Beamer** 12:17
**Bear** 137:18
**bed** 14:22 15:2,5,11 15:20 18:17,23,25 19:11 22:21 100:16 159:25 163:7 168:22 169:2,20 178:23 179:19,21,23,25 180:2,5,12 185:4 185:13
**began** 14:19 16:13 34:1 47:15 48:12 81:3
**beginning** 114:18 119:9,17 121:6
**begins** 64:15 78:6 115:10
**belief** 116:15 125:22 159:13
**believe** 10:25 23:19 73:16 78:15,17 111:11 118:13,14 120:20 122:1,4,10 124:12 126:25 128:17,18 130:16 133:22 134:24,25 142:1,2,23 155:24 156:7,10,21 157:3 165:14 167:25 169:11 178:10 181:3,6
**believed** 63:1 181:22
**benefit** 95:12
**benefits** 86:15 92:17 95:25 97:2
**best** 7:7 62:17 73:8 77:13 84:12,15 103:2 107:16
**betrayed** 118:6 123:25
**better** 8:11,18 16:14 69:12 73:23 74:2 167:9 173:7
**beyond** 21:7
**bids** 17:8
**big** 20:10 45:8 98:12 144:11 162:19,20
**biggest** 73:22 160:14
**birthdays** 160:15 160:18,19
**bit** 8:8 41:23 65:6 69:13 95:9 108:13 148:19 157:25
**biweekly** 41:5
**black** 29:15 30:17 30:19 178:15
**blindsided** 99:13
**blood** 19:6 65:23 108:16,22 110:18 146:1,4,6,8 170:4 172:12 173:6 177:25
**blurry** 183:21
**board** 155:4 159:4 159:9
**body** 71:19 104:13
**bond** 43:12
**bonds** 38:24
**bone** 146:10,13,21 147:2
**book** 9:24 78:15 92:10
**boss** 54:17 61:24,25 62:1,16 76:10 120:16 121:21 125:11
**bosses** 124:17
**bottom** 47:6 64:14 93:15,17 94:25 104:15 114:11,12 143:11 154:12 166:8
**bout** 90:8
**box** 107:25 114:23 114:24
**boxes** 177:6,8,8
**boys** 31:13
**brain** 68:24 73:23 73:25 80:10 85:2 101:16 103:8 105:9 106:17 121:11,12 141:23 160:3,4,6,7 162:23 175:3 182:6 184:7,8,14 184:17
**brains** 150:22
**brain's** 69:2
**brand** 104:5
**break** 9:3,11,14,15 29:17 53:15 58:21 87:11 96:7,11 137:4,22 167:2
**breakdown** 18:2
**breaks** 135:20
**breath** 65:23
**breathe** 65:23
**breathing** 97:19 164:11
**Brian** 68:10
**brief** 87:6
**briefly** 89:12 95:10 97:23 135:25
**bring** 14:2 26:1 75:1 137:9
**bringing** 158:8 181:3
**brochures** 36:11,11
**broke** 71:8 183:12
**broker** 41:23
**brokerage** 43:1
**brokers** 39:11 40:3 40:16 41:7,11
**broker's** 40:18
**brought** 99:16

143:10
**Brown** 172:10
**building** 119:12
**buildings** 39:25
**bump** 182:10,10,10
**bunch** 27:15 94:14 115:4
**business** 12:16
**businesses** 40:12
**busy** 56:5
**B-12** 72:17,17 104:25 141:7

**C**

**C** 4:1 71:2
**calendar** 98:17,20 167:8,9,11,14
**call** 14:3 18:9 34:14 74:15 138:24
**called** 6:13 16:18 17:21 49:4 59:14 59:17 65:25 66:20 108:23 109:1 111:14 117:22 126:6,25 127:2,11 133:14 155:4 162:16 183:8
**Calvin** 79:1
**canal** 69:2
**cancel** 19:23
**car** 117:16
**care** 33:20,21 44:20 178:16,17,19
**cared** 26:17
**Caroline** 27:8
**car-hopped** 38:10
**case** 8:25 21:12,17 31:5 154:5
**Castaneda** 155:3 155:10
**Catherine** 27:1
**Catholic** 78:3
**caught** 27:22
**cause** 1:18 52:25 69:13 98:6 144:23 164:1,11
**caused** 29:1 57:5 70:10 141:22 142:12 144:16,16 151:2 152:11,12 152:14 157:14 164:2 178:21,22 181:4,7
**causes** 164:20
**causing** 68:3
**caveat** 9:9
**Celexa** 161:12,16 161:17 162:1,2
**cells** 72:22 108:21 108:22,23 109:1
**certain** 56:4,9 58:25 147:6
**certainly** 57:3 83:13 100:16
**certainty** 103:22
**Certificate** 2:7 189:16
**certified** 189:3,13
**certify** 139:23 189:3,5
**CFIDS** 2:15,16 83:19 90:3,4,14 98:2 141:1 142:21 143:5 147:1
**cfids.org** 82:3
**CFO** 11:23,24
**CFS** 72:15
**chance** 37:4
**CHANGE** 187:2
**Changes** 2:6 187:1
**chapter** 78:14,15
**characterization** 15:10 173:23
**characterize** 53:10 54:3 122:6
**characterized** 141:1
**charge** 3:5,6 74:8 124:19 125:11 153:9,13 154:11 154:21 155:7,14 166:20
**charges** 20:14 26:1
**Charles** 153:24
**Chase** 4:9
**check** 147:15 149:17
**checked** 95:22 107:25 146:11,15 151:17,18 152:21
**checks** 177:3
**Chem** 1:7 35:9,22 37:10,14 46:16 48:13
**chemical** 4:13 5:7 51:21 114:20 128:4 141:18,19 141:22
**chemicals** 48:15
**Cheryl** 169:18
**chest** 65:23 150:12 151:6
**Chevron** 1:7 4:13 5:7 20:21,25 21:21 22:3,5 24:1 32:5,8,11 33:22 34:1 35:20 37:4 47:15 50:14 53:23 58:6,21 59:13,14 60:4 86:12 89:9 97:3 114:20 126:14,24 128:4 130:15 132:14,20 133:6 135:1 142:4 155:6 158:3,6 169:25 176:22,25 178:3 179:22 180:3,8,13,23 181:1,11
**Chevron/Phillips** 13:21
**CHEV000132** 114:11
**children** 28:15,18 29:22 35:16
**choice** 148:20
**choose** 172:1
**chose** 33:19 172:2
**Christian** 35:23 36:6 37:11,17,22 42:7,16 47:24 48:2,5 67:18 76:25 101:5
**Christmas** 23:17 150:20,21
**chronic** 14:24 15:1 31:20 32:17 34:12 34:15,25 63:9,15 70:24 72:21 73:22 75:1 80:22 81:15 81:22 82:1,1 84:3 84:7 86:24 90:7 99:25 105:6 106:25 107:7 109:6 111:11 113:11 118:21 122:1 140:19,22 145:13,14 146:6 151:7,11 156:22 159:14,18,22 161:21 163:19 164:18,21 165:22 167:16 168:1 173:3,3,10 176:13 179:8,13,17 181:2 182:4 185:2,22
**chronologically** 89:7
**chuckling** 59:17
**church** 78:16 79:4 79:9 160:25 161:1
**churches** 77:15 79:10
**Civil** 1:5,24
**claim** 158:12
**claimant** 158:7
**claim's** 158:25
**clarify** 8:18 50:10 96:22 100:7 151:5 157:25
**Claritin** 171:10
**class** 62:17 88:24
**clean** 87:12 160:21
**clear** 53:2 102:7,15 107:5
**cleared** 73:23
**clearly** 73:22 80:12 121:4
**clear-cut** 34:10
**Clement** 11:16
**clinic** 69:23
**close** 56:6 62:3
**closed** 14:18 56:14 60:9,23 61:25
**closer** 128:3,10 130:2,9,17 132:2
**closing** 60:25 61:2 164:25
**cocaine** 148:23
**Cog** 95:17
**Cognitive** 95:16
**College** 12:18
**combination** 73:20 162:5
**come** 16:20 37:7 40:17 57:14 63:15 63:16 64:8,11 69:12 98:6,8 106:21 111:9 119:5 120:8 121:2 122:2 129:20 138:11 146:24 158:16 179:8
**comes** 62:4
**coming** 15:19 56:8 97:6 99:13,14 122:11
**comment** 113:3 116:8,14
**comments** 114:6,6 114:10 115:4,8,14
**Commission** 1:4,22 4:4
**commissioned** 41:8
**common** 120:25

**communication** 97:1 126:23
**community** 78:22 168:6
**commuter** 86:6
**company** 4:13 5:7 10:5,5 12:13 13:4 13:13 114:20 121:22 122:8 125:7 131:13 133:12 135:12 136:22 140:3 157:14
**comparing** 46:3
**compensation** 41:6 41:10,24
**complaining** 64:16
**completed** 47:3
**completely** 178:5 179:1
**complies** 45:1 123:17 155:22
**computer** 21:14,16 21:18 45:11,17 59:6 136:12
**conceivable** 158:11
**concentration** 106:15
**Concern** 2:17,20 2:22
**concerned** 63:10 123:1
**conclude** 116:21
**concluded** 85:10 186:12
**conclusion** 111:9
**conclusively** 107:9
**condition** 75:5 95:10,21 108:7 123:1 129:10 132:5 146:5,7 159:22 181:22
**conditions** 59:1 75:12
**condition/blood** 146:1
**confirm** 165:9
**confirming** 93:1
**confused** 96:19,19
**confusing** 48:23 50:11,20 52:11,19
**connection** 37:5,12 37:19 48:2,13 50:13 67:16 111:20
**consciously** 183:11
**consideration** 188:13
**considered** 130:21 146:4,21 149:22 157:21
**constantly** 173:15 174:2
**consume** 148:18
**contact** 86:12 89:8 89:9
**contained** 26:10
**context** 87:19
**continual** 141:6
**continue** 180:17
**continued** 3:1 57:5
**control** 75:14,17
**conversation** 61:12 81:7,9 85:10,23 86:21 97:11 100:7 101:20 119:10 175:4
**conversations** 74:24 169:17
**convinced** 100:18 145:16
**Coombs** 48:18,20 49:24 53:24 58:15 118:14,17 120:3 121:18 124:12,13 125:23 126:1 130:25
**copied** 58:15
**copies** 82:21 90:19 112:18 114:15 127:23
**copy** 58:4,6,22 87:12 98:22 112:22 170:21
**corner** 16:19 33:23
**correct** 10:19 12:7 15:9,9 20:3,4 34:1 45:10 47:8,11 51:23 53:3 54:6,7 59:4 60:5 63:18 72:11 75:8 77:7 78:8 83:14 88:2,6 88:9 92:17 94:18 95:6,22,23 98:21 104:4 109:19 114:25 115:25 120:2 122:4 130:17 140:8,9 154:16 159:3,15 159:16 160:2 166:20 175:22 188:1 189:4
**counsel** 189:5,6
**counting** 25:3
**country** 16:10
**COUNTY** 188:7 189:1
**couple** 22:9,11 36:21 55:18 62:15 72:24 75:6 81:5 82:16 86:25 90:5 127:7,19 138:25 148:13 149:4 150:20 160:6 161:5 175:5,10 183:3
**course** 10:6 87:5 112:18 175:3
**court** 1:2 6:11 7:7 7:20 8:23
**courtesy** 120:25
**cousin** 169:18,19
**cousins** 168:13,14 169:14
**covered** 33:2
**CP** 35:9,21 37:10 37:14 46:16 48:12
**cracks** 64:19
**crazy** 179:3
**create** 45:11,12 147:1
**created** 7:11 36:11 45:8
**cried** 111:2,16 178:5
**criminal** 26:1
**crossed** 183:22
**cry** 111:3,6
**crying** 101:22 126:10
**CSR** 1:20 189:13
**cubical** 55:9
**cubicles** 54:22 55:3
**curious** 70:20 91:20,20,21 139:7 139:9
**Curlee** 36:14 101:3 169:6
**currently** 10:1 137:25
**custody** 28:7
**customer** 49:4,5,7 51:10
**customers** 40:10,15
**cut** 42:4
**cycle** 163:12
**Cymbalta** 71:1,2 71:23 72:10 73:6 73:13 160:4 161:3 161:10 162:4,10 162:18
**C-e-l-e-x-a** 161:14
**C-F-I-D-S** 83:20
**C-u-r-l-e-e** 36:16

**D**

**D** 1:12,16 2:3,17,21 2:22 5:2 187:24 188:4,9
**dad** 169:11
**daily** 95:13
**Dan** 48:18,20 49:23 50:18,20 51:3,4 51:25 52:3,7,12 53:1,1,24 55:25 56:12 58:15,18 60:22 61:4,17,18 62:3,17 119:4 121:12 130:25
**Danna** 36:14,15 101:3 169:4
**Dan's** 51:18
**Darvocet** 162:11
**Darvon** 71:7,23
**dash** 143:1
**date** 18:20 47:8,11 59:19 60:1 80:6 93:19,23 95:5 97:7 128:19 166:10 181:21 189:16
**dated** 88:1 128:15 129:3 130:4 140:10
**dates** 29:11 36:1 46:5 94:6
**daughters** 28:13
**David** 11:16 44:5,6 44:11
**day** 54:21,21 55:3,6 55:7,8 56:7 57:15 61:25 64:8,11 70:5,7 78:12,13 85:21,23 86:2 101:16 117:6,8,13 136:15,18 138:21 138:21 139:2 150:20 164:9 177:10 183:13,13 184:4,10,11,19,21 185:3,13 188:8,14 189:9
**days** 90:3 121:13 121:14 126:16,25 137:15 150:20

160:12 177:19 180:11,12
**day-to-day** 163:3
**dead** 182:23
**deal** 40:10 45:8 102:18
**dealing** 49:12 53:5 53:8
**dealt** 172:4
**debate** 151:20
**decades** 148:13
**December** 47:17 48:5 67:21 90:5
**deceptive** 182:1
**decide** 37:16 63:8
**decided** 54:5 63:4 69:24 77:18
**deciding** 25:13
**deep** 29:15 97:19
**Defendant** 1:9,17 4:7
**deficiency** 31:20 34:15 129:25
**definitive** 104:7
**degree** 89:1,2
**dense** 160:9
**deny** 110:12
**department** 20:18 48:13 51:21,21,25 52:1 91:5
**depended** 12:12
**deposition** 1:11,16 6:3 7:4,12 20:6 176:17 181:25 186:12 187:25 189:6
**depositions** 102:18
**depressed** 14:25 15:2 22:17 24:9 179:11
**depression** 19:2,13 22:24 23:2,25 29:4,8,15 30:18 30:19 31:6 161:24 179:6,6,8,10,15 179:17
**describe** 95:10 147:4 165:18 176:25 178:3 180:10
**described** 103:9 150:14
**DESCRIPTION** 2:10 3:4
**deserve** 92:1
**deserved** 178:10
**desk** 84:24
**details** 28:21 82:24
**determined** 27:17
**diagnosed** 34:18 69:18 104:2 122:1 140:23,23 146:4 165:22 170:4,7 179:6,7
**diagnosis** 34:19,22 74:16 105:15 107:8 109:22 174:21
**diaries** 22:11
**diary** 21:21
**died** 16:3 30:25,25 31:7 37:24 68:6
**difference** 90:7 102:22 132:18 162:19,20
**different** 27:15 46:10 59:16 67:1 69:25 114:14,15 130:12 131:9 132:6 133:12 134:19 143:6 162:10 171:13 177:7
**differently** 145:1
**dinner** 160:20
**direct** 51:3 120:17 138:16
**directed** 51:3
**directly** 53:5
**directors** 20:18
**dirt** 13:10
**Disabilities** 154:23 156:1
**disability** 86:15 90:20,25 91:22 92:17 95:25 97:2 156:1,4,8,11,22 156:25 157:4 159:12 165:12
**disabled** 95:21
**disadvantage** 78:4
**disagree** 91:8,10 93:2
**disclose** 109:6,19
**disclosing** 109:16
**disclosures** 21:2
**discriminated** 155:25 156:7 157:4 159:14 165:15
**discrimination** 3:5 154:11 155:6 159:10,11
**discuss** 28:19 77:13 79:12,12 131:17 131:19,20 132:8 134:7,9,10,12,15 135:22
**discussed** 77:6,14 122:13 131:15 133:25 134:2 135:24 138:19
**discussing** 28:20 75:25 76:2 157:12
**discussion** 5:14 50:6 53:14 81:1 87:3,19 116:3 121:25 127:16 128:23 131:3 140:24 149:19 153:21 165:1
**discussions** 75:10
**disease** 174:23,24
**disorder** 65:14 141:16,21 150:1 150:10 162:3 171:15
**distinction** 158:10
**distressed** 120:9,10 120:25 122:15,15 122:24 123:12
**DISTRICT** 1:2,2
**DIVISION** 1:3
**divorce** 6:10 24:5 24:12,21 25:22 26:10,14 28:6
**divorced** 6:24 25:7
**divorces** 24:7,14 25:8
**dizzy** 97:17 98:1
**doctor** 15:6,7 19:22 33:10,12,14,18 66:21 81:12 95:12 107:7 111:15,17 141:21 179:11
**doctor's** 132:10
**document** 45:2,13 46:24 57:21 93:14 114:15 127:22 154:10,14
**documents** 20:5,20 20:21,24 21:3,7,7 21:11,16 82:7 83:3,3 84:13 88:21 102:13 127:7,19,20
**dog** 16:7
**dogs** 16:1,4
**doing** 6:16 7:5 10:23 22:17 25:11 45:14 60:23 79:17 85:9 88:23 91:10 96:4 99:10 124:1 125:2,2 149:9 150:14 176:25 185:9
**Donya** 12:11
**door** 5:13 56:6,14 57:9 60:9,23,25 61:2,24 64:7 117:11
**dose** 71:20,21
**doubt** 77:2 126:22
**downhill** 177:16
**downtown** 27:3,4 55:1 57:7 59:11 61:2 142:4 172:17 172:18 183:13
**Dr** 15:8 19:4,12,24 32:25 33:2,17 34:19,25 86:22 89:19,23,25 104:11 127:20 129:7 140:24 169:22 171:19 172:10,24,24 173:1 177:22
**drafted** 59:4
**draw** 87:5
**drinking** 25:11
**Drive** 4:13
**driving** 182:8
**drove** 126:10 137:8
**drowsy** 71:15
**drug** 24:20 26:3 27:20 73:7,10 148:19
**drugs** 25:11 147:20 148:24 149:9 185:21
**due** 29:8 154:21
**duhs** 148:11
**Duke** 37:8
**duly** 1:17 5:3
**dummy** 108:5
**duties** 120:19 177:5 177:6,10
**dynamic** 53:24
**dysfunction** 84:3,7
**D-a-n-n-a** 36:16

**E**

**E** 4:1,1
**ear** 69:1,2
**earlier** 6:18 7:22

24:23 48:1 71:8 73:19 74:5 103:9 122:25 124:11 143:10,15 150:18 161:3 162:19 173:9 176:12,24 179:5,18 180:25
**early** 149:5 167:21 167:24 168:16 169:9,9 182:5 185:24
**earn** 17:23
**earnings** 17:6
**easier** 8:24 70:18 71:24 106:19
**easily** 33:24 134:21
**eat** 9:24 160:16
**eating** 169:1
**EEOC** 5:8 20:21,25 153:9,13 154:8 158:2 166:19
**EEOC's** 158:7 166:16
**effect** 63:21 99:24
**effective** 129:13
**effort** 65:6
**Egyptian** 16:7
**eight** 150:21 184:22
**either** 21:8 39:17 60:12 83:2 113:5 143:19 161:16 169:10
**Eli** 71:2 73:9
**emergency** 141:24
**emotional** 149:22 150:4,6,6,15 178:21,21
**employed** 10:1 189:5,7
**employee** 2:18 48:25 50:8,12,14 95:1 181:17,19 189:6
**employees** 11:18,21
**Employer** 94:8,17
**employment** 1:4,22 2:12 4:4 47:1,2 49:20 50:5,12,16 53:11 55:16 65:7 65:11 128:9 130:9 140:4,4 169:25 181:20,22
**encourage** 96:20
**ended** 67:22
**energy** 72:22 80:11 80:11 185:12
**engineering** 125:7 125:17
**entries** 32:4,16
**Ephesians** 77:23 78:15
**episode** 65:7 142:12 167:16 168:20
**episodes** 31:6 160:6 173:10 184:1,8
**Equal** 1:4,22 4:4
**equate** 78:11 111:11
**Equest** 10:4,6,11 10:13,23 11:3,5,8 11:11,13,17 18:9 18:9,12,16 22:19 138:5,6,15
**ER** 142:6
**escort** 119:11
**escorted** 117:11
**especially** 83:8
**Esq** 4:3,8,12
**essentially** 36:20 61:24 115:7
**etcetera** 62:16 105:18 115:11,12 115:12 165:16 166:4
**ethics** 17:3 88:24
**evaluation** 88:11
**event** 65:7 99:5,7
**events** 5:17 167:10
**evidently** 68:23
**exact** 99:23
**exactly** 53:7 55:5 80:21 81:3,3 83:7 116:17,19 128:1 150:16 167:18
**Examination** 2:4,5 5:4 176:6
**example** 60:19 61:15
**examples** 61:12
**excepting** 55:18
**excessive** 143:25 144:4,23 145:9 151:9,13,14,16 152:2,5,9,11,12 152:16,17,19,20 153:6
**excessively** 145:7
**exchanged** 21:4
**exclusively** 50:17
**excuse** 90:19 116:10 134:4
**executed** 188:12
**exercise** 144:1,13 144:17,20,23 145:7,10 151:1,14 152:6,11,13 153:4 153:6,7 174:5 177:17
**exercises** 174:7
**exercising** 152:8
**exhibit** 44:22 46:19 57:22 82:19 87:9 93:10 105:11 112:9 114:18 127:17 128:24 129:23 134:23,24 135:7 137:20 153:22 165:3 170:18 176:17 181:10,24
**exhibits** 2:9 3:3 83:1
**existed** 131:5
**expect** 51:15 77:19
148:12
**expectations** 114:24 115:23
**expected** 41:16 61:23
**experience** 169:15 185:19
**experienced** 23:25 29:4,7 30:18 33:3 74:1 129:12 144:3 145:9
**experiencing** 105:8
**experimented** 147:20
**Expiration** 189:16
**explained** 150:8
**explanations** 147:18
**expressed** 188:13
**extent** 30:10 160:22
**extra** 58:5 127:23
**extreme** 95:15 182:6 185:1
**extremely** 118:6
**eye** 184:6
**eyes** 62:17 94:12 183:1
**eyesight** 183:18
**e-mail** 51:14 56:19 58:13,24
**e-mailed** 114:7
**e-mails** 20:17

**F**

**fact** 115:22 125:25 138:21
**facts** 189:3
**faint** 65:21
**fair** 103:11 157:3
**fairly** 21:18 106:20
**faith** 77:7
**fall** 64:25 124:22
**falling** 64:18
**false** 140:2
**familiar** 177:24
**families** 168:1
**family** 28:13 160:16 168:9 169:17,19
**Fannin** 172:18
**far** 7:4 8:2 53:21 56:6 96:12,14 98:7 130:15 138:20 150:22 163:4
**fast** 112:8
**father** 143:19
**fatigue** 14:24 15:1 31:20 32:17 34:12 34:15,25 63:9,15 70:25 72:21 73:22 75:1 80:22 81:15 81:22 82:1,1 84:4 84:7 86:24 90:7 95:15 99:25 105:6 105:8,9,17 106:25 107:7 109:6 111:12 113:11 118:22 122:1 140:19,22 143:25 144:4,9,10,12,24 145:9,13,14 146:6 151:8,11,13,15,17 152:2,5,9,11,12 152:16,17,19,20 153:6 156:22 159:14,18,22 161:21 163:19 164:18,21 165:23 167:16 168:1 173:3,3,10 176:13 179:8,13,17 181:2 182:4,6 185:1,2 185:22
**fatigued** 106:3 145:7
**faulting** 122:8,18
**fax** 4:5,10
**February** 75:8,21 76:22 80:19 81:2

84:14 85:19 86:20 88:1 89:6 96:25 119:20 129:3 137:2,3
**Federal** 1:23
**feel** 23:19 50:10,11 100:4 109:7 122:13,22 126:21 139:14 151:4 157:7,22 159:13 159:17 182:20
**feeling** 159:12
**feels** 95:12
**feet** 147:8
**fell** 183:15
**Fellowship** 79:5
**felt** 17:4 19:3 31:3 31:4,8 52:15 55:24 56:10 61:16 100:13,14 106:2 112:4 115:19 118:5 119:18 122:7 123:25 128:3 155:5,7 159:9 177:15 178:5,5 179:1,2,4
**female** 39:15,16
**fibromyalgia** 84:9 174:18,23
**field** 13:15
**fight** 108:24 184:17
**figure** 42:8,9 89:13 89:16 111:13 142:13 160:10 167:21
**figured** 123:7
**file** 102:13 159:2
**filed** 5:8 11:12 153:9,13 166:19
**fill** 38:14 93:8 110:18 181:10
**filled** 20:14,15 68:24 144:5 176:21 181:17,20
**filling** 151:20
166:13
**financial** 40:6 44:7
**financially** 189:7
**find** 16:13 22:10 40:14 48:20 57:21 87:1,5 90:19 105:11 107:25 112:18 122:14 170:20 175:8
**finding** 23:13
**fine** 12:21 36:2 42:8,10 44:19 46:5,15 56:20 71:22 92:14 94:5 122:9 125:19 157:2,2,20 158:14 158:24 159:8
**finish** 85:21 86:1
**finished** 124:11
**Fiorinal** 142:24,25
**fire** 108:4
**fired** 31:3,7 54:22 54:23 55:4 118:13 121:8 124:25 125:23 126:12,19 126:20 127:1,8 157:23 178:3,11 178:12 179:22 180:3,4,5,13,16 180:23 181:1
**firing** 23:4 118:11 157:11 180:8
**firings** 124:22
**firm** 27:6 189:17
**first** 5:3 10:23 11:8 11:9 13:2 14:17 15:10 24:15,16,17 25:5,21 26:22 33:21 34:11 47:10 47:19,20 49:8 50:24,24 62:16 63:11 65:25 74:1 75:4,4 78:17 79:22 82:21 85:13 90:13 93:14 108:3
114:19 121:15 133:11 139:19 140:19 146:22 158:2 172:10 180:15,16
**FISCH** 125:5,6,7 125:13,17
**five** 28:16,25 55:8 78:1 83:12 87:25 121:14 168:12,14 184:5
**flexible** 9:18 44:21
**Floor** 1:23 4:4
**flu** 90:6,8
**focus** 183:2
**fog** 85:2 103:8 106:17 121:11,12
**fogginess** 73:23,25
**foggy** 80:10 101:17 105:9 111:12 160:3,4,6,7 162:23 175:3 182:6 184:7,8,14 184:17
**foggy-brained** 113:21
**fogs** 95:16
**folks** 39:19
**follow** 36:25 134:18
**followed** 55:2
**following** 79:1 91:11,12
**follows** 5:3
**follow-up** 88:11,11 88:19 176:8
**football** 68:22
**footsies** 116:11
**foregoing** 187:24 188:11 189:4
**forget** 64:24
**forgot** 48:11 127:23
**form** 3:6 143:11 162:17 166:14
**formal** 138:14,20
**formed** 11:13
**forth** 151:6
**forward** 49:22
**found** 13:15 25:19 171:12 183:3
**four** 16:3 29:13 60:4 87:25 104:14 105:13,14,17 163:17,17 184:5
**fourth** 114:23
**fracture** 68:23,24 68:24
**frankly** 139:9
**free** 50:11 139:10
**freely** 93:2
**frequently** 33:7 184:23
**Friday** 180:20
**friend** 37:5 54:4,12 54:15 55:14 118:5 120:11,14 125:9 153:17,18,23
**Friendswood** 35:23 36:6 37:11,17,21 42:7,16 47:23 48:2,5 67:17 101:5
**front** 102:22 154:9
**frozen** 23:11,13
**Fulbright** 59:17
**fully** 61:16 110:25 114:24 115:22 150:21
**full-time** 48:25 128:9 130:9
**fundamentally** 120:21
**funds** 40:7
**funky** 164:6
**funny** 54:23
**further** 186:11 189:5,6

**G**

**Galleria** 39:20,21
39:23 42:20 43:24 44:1,2
**game** 79:25
**games** 58:11
**Gary** 2:13 48:21 49:6,14,18,19,21 49:23,25 50:17,17 50:20 51:2,4,7 52:3,5,19 53:6,8 53:24 54:2 56:10 56:12 58:13 60:21 61:4,13 62:5 97:6 98:10 99:11,18 101:14,16 117:13 118:17,17,18,21 118:24 119:2 131:20 132:1,1 134:19
**Gary's** 51:9
**Gassner** 27:1
**general** 43:13 51:19,20 61:18
**generally** 115:4
**generic** 162:17
**George** 39:18
**getting** 29:11 30:10 74:8 119:24 156:24 177:4,8,17 177:18
**GG** 104:25 141:7
**give** 6:25 26:11 55:24 58:12 60:19 86:21 107:8 129:1 147:14 163:11 164:24
**given** 6:3,6,22 60:21 85:7 123:2 137:23 139:24 181:19 188:14
**giving** 6:17 101:23 111:7 122:16 139:14
**glad** 73:11
**glass** 183:12
**glasses** 94:10

**Glassner** 27:1
**GLA/ATP** 72:18 72:20
**GMS** 43:10,17
**go** 11:6 16:20 19:12 23:21 25:14 26:8 27:14 35:7 36:23 37:4,12 42:2,17 42:20,21 44:17 45:12 46:18 51:6 58:7 60:18 70:1 73:1 76:9 80:14 85:1 89:24,24 93:5 95:8 97:15 97:22 98:6,8 103:13 104:8,9 109:2 117:1,20,25 118:3 123:16 124:10 125:11 127:7 135:14,16 136:23 137:4,8 142:6 151:15 159:21 160:15,17 160:24,24,24 161:1 165:5 167:20 171:23 175:6 178:9 180:19,20 181:15 183:10,10,12,20 185:20 186:4
**God** 76:18 77:19
**goes** 7:4 84:3
**going** 7:5,6 8:9,9 11:11 12:12 24:5 28:4 35:7 36:18 37:14 42:16,23 44:16,23 46:6,18 50:4 61:22 62:9 65:5 71:9 74:15 78:17,21 82:5,16 82:23 83:17 89:17 91:24 98:13 102:12,14,15 104:10 105:22 106:1 107:24 108:4 111:5 115:3 121:6,7 126:20,21 126:22 127:22 130:19 131:25 135:15 138:25 139:11 146:23 152:25 157:18,24 165:7 171:4 177:16 178:13,18 178:19 179:3,24 180:18 181:23 182:3,13 184:7,24
**good** 9:8,22,23 21:11 25:13 27:14 37:20 54:3 61:11 74:11 80:18 82:15 96:15,24 118:12 125:9,9 127:6 129:19,22,24 141:12 159:20 172:21 173:1 174:9
**Google** 82:12
**Googled** 82:11
**gosh** 182:17
**grab** 58:6
**Grace** 78:22
**graduated** 68:9,10
**grant** 56:15
**granted** 60:12
**grants** 58:25 138:25
**great** 112:19
**greatly** 156:23
**grief** 29:2
**grieved** 29:24
**grieving** 29:16
**group** 43:10 66:20 66:21 74:8
**guarantee** 8:13
**guess** 6:25 16:13 20:23 25:7,8 36:12 62:2 74:2 78:1,10 83:20 93:6 112:21 122:22 126:7 128:5,9 130:18 137:14 139:19 148:4,15 149:1 151:1 155:23 157:21 169:24 170:8,25 171:7 173:10,25 179:9 185:1
**guessing** 54:5 93:25 94:23 165:10
**guy** 6:24 24:23 137:8 172:11
**guys** 13:14 25:2,7 77:12 79:8 96:6 113:9 121:25 127:9 172:9
**guy's** 137:10

## H

**Hair** 1:20 189:13
**half** 32:3 45:23 56:7 61:25 93:15 94:8 151:22
**hall** 55:10
**hand** 47:3 186:6 188:14 189:8
**handed** 112:12
**handing** 112:10
**handle** 40:19
**handled** 124:22 125:8,12
**hands** 33:3 147:12 147:12 183:6,6,8 183:8,10,11
**handwriting** 93:15 94:17,21 95:9 165:10,20 166:2 166:11
**Handwritten** 32:23
**handy** 87:4
**happen** 28:13 55:6 57:5 58:18 62:8 64:19 100:17 111:24 126:22 180:14 183:20 184:20,22 186:5
**happened** 49:5 55:5 57:4,4 58:17 58:17 68:11,15,23 81:11 84:21 85:13 97:3 99:15 111:23 117:18 118:3 121:2 126:6,9,14 150:19 179:9
**happening** 57:3,3 66:1 68:18
**happens** 45:7 58:11 138:8 160:13 184:23,23
**hard** 23:13,19 61:19 62:8 84:2 90:7,10 101:19 123:9 147:5 152:8 178:23,23
**HARDY** 4:8
**hard-to-stand-up...** 61:20
**HARRIS** 189:1
**head** 8:22 9:1,1 38:2 46:7 49:4 63:5 71:17 111:9 136:24 142:8 155:11
**headache** 142:14 143:6
**headaches** 106:8 143:2,8
**health** 169:25
**healthy** 170:1,3
**hear** 53:1 73:11 119:15 132:20
**heard** 34:11 79:13 99:11 123:3 133:7 133:15 167:25 168:5
**heart** 174:7
**help** 66:4 120:12,21 121:1 123:4 147:23
**helped** 160:4 163:4 171:14
**helper-type** 6:14
**hereditary** 168:7
**hereto** 1:25 189:7
**he'll** 102:18
**high** 19:6 146:8 170:4 172:12
**hilarious** 54:24
**hire** 181:21
**hired** 48:24 49:15 49:21 50:25
**hires** 10:6 51:7
**history** 2:23 20:14
**HMOs** 171:25 172:3
**hold** 38:11 61:1 98:19 113:2
**holding** 183:9
**home** 21:12,14 32:21 45:17 86:5 117:1,17 126:10 126:11,12 128:3 128:10 130:2,10 132:2
**homework** 88:22 88:23
**honest** 92:7 105:24
**honestly** 34:8 62:12 69:17 100:14 111:10
**hope** 170:17
**hopefully** 139:12
**horse** 170:1,3
**hospital** 67:22
**hot** 137:1 174:17 175:1
**hour** 10:21,25 56:6 61:25 184:3
**hourly** 10:19 18:4
**hours** 138:12,22,25 160:12,13 163:11 163:12,13,14,17 163:18 177:3 180:16 186:8

**hour-and-a-half** 184:3
**house** 43:12
**Houston** 1:3,23 4:5 4:10 12:17
**HR** 10:7 11:14 92:22 120:6 124:16,22,24 125:2,9,10,11
**huh** 16:10 91:9
**huh-uh** 8:22 22:7 45:4 69:10 114:2
**hurry** 58:8
**hurt** 29:25 147:9 147:13 160:3
**hurting** 182:16
**husband** 78:7
**hypertension** 171:10
**hypothyroid** 142:20 170:7 171:16
**hypothyroidism** 142:19
**H-05** 1:6

**I**

**idea** 108:5 132:10 155:15
**identification** 83:16
**identify** 46:24 83:2 114:18 154:10
**identifying** 84:12
**idiot** 133:13
**ignored** 122:17
**illegal** 17:4
**imbalance** 141:18 141:19,22
**immediate** 62:16 109:12
**immediately** 137:1
**immune** 31:20 34:15 84:7 95:19
**immunodeficiency** 173:5
**impaired** 106:14
**impairment** 159:22
**impairments** 164:3
**important** 56:11
**impossible** 57:12 57:13
**improve** 111:8
**improvement** 129:12 163:2
**inaccuracies** 63:12
**inactive** 163:16 173:10
**inches** 20:9
**include** 21:22 154:21
**included** 12:5
**incorrect** 10:20 20:3
**INDEX** 2:1 3:1
**indicate** 103:16
**indicates** 131:13
**Individuals** 40:11 40:13
**industry** 42:17 43:13
**infection** 69:1 104:21 121:16
**infections** 170:22 171:8,14
**Inflamed** 104:17,18
**info** 84:19
**information** 2:18 3:6 31:19 81:22 81:23 82:15 85:7 94:9,18 95:1,2,3 119:3,21 120:2 122:7,14,19 123:2 139:24 142:11
**informed** 75:4 138:15
**infrequent** 143:2
**initial** 17:21
**initially** 37:16
**injury** 154:1
**Inner** 175:16
**input** 15:4
**instance** 1:17 76:4
**instantly** 133:23
**instructions** 53:2
**instrument** 188:12
**insurance** 19:22 33:22 171:21,22 171:25
**intend** 94:14
**interested** 189:7
**interesting** 16:12
**internal** 173:6 177:23 178:1
**internet** 82:1,6 106:22
**interruptions** 12:4
**interview** 23:10
**intimidated** 134:22
**intrigued** 92:8 133:14,17
**investigator** 159:2
**involve** 136:7
**involved** 79:22,24 120:6 125:1
**irregularities** 180:17
**irregularity** 180:22
**issue** 27:21 30:24 30:25 56:15 75:2 102:19 113:10 149:13 159:11,12 180:9 181:3
**issues** 69:4 75:12 75:22 77:12 138:12 146:14 164:12 170:1 172:5
**Item** 181:24

**J**

**J** 17:21
**Jabadi** 17:16
**Jacinto** 12:18
**January** 67:12,21
**Jay** 17:7,9,13,15,16 17:21
**Jeremy** 26:3 27:10
**jerk** 117:22 123:23 124:4,7 126:7
**jerks** 126:13 127:10,11
**job** 8:11 10:23 17:23 18:6,17,22 22:20 35:21 42:11 48:5 65:4 99:10 125:20 136:7 152:9 176:22 178:9,10,11 181:11
**Jodi** 39:13,14
**Jodi's** 39:14
**joined** 49:11
**joint** 106:12 146:10 146:14,21 147:2
**joked** 54:19
**Jones** 49:1,2,12
**journal** 21:21 31:18,19 32:5 110:18 167:12
**journaled** 31:23 32:1
**journals** 21:24 32:13,16,20
**JPMorgan** 4:9
**judge** 6:14
**judge's** 6:14
**July** 14:15 59:21 74:3 177:2 184:15
**June** 14:15 74:3 80:5 177:2 184:14
**June/July** 79:23 109:13
**J-a-b-a-d-i** 17:18

**K**

**Karvelis** 169:8
**keep** 21:21 32:21 60:23 147:9 167:8 167:9,11
**Kelsey-Seybold** 66:23,25 69:23 142:2 172:1,2,9 172:22
**Kennedy** 4:12
**Kennedy's** 59:17
**kept** 21:24 69:17
**keys** 137:6
**kicker** 25:19 48:17
**kid** 171:3
**kids** 78:9
**killer** 108:21,23 109:1
**killing** 176:10
**kind** 9:6 13:12 15:4 16:4 21:21 35:6 35:11 40:5,6 41:15 53:11 62:7 71:6 75:1 76:11 78:10 84:2 86:2 88:23 97:10 100:6 107:13 108:18 116:15 121:16 135:1 142:11 143:6 146:13,21 147:1,4 153:25 163:6 173:24 174:16 179:12
**kindly** 87:12
**kinds** 146:9
**Kinko's** 45:12
**Kirkland** 153:24
**knew** 28:4 49:25 51:2 85:7 101:24 111:3,6 118:11 123:10 126:20,21 178:1
**knocking** 5:12
**know** 5:24 6:2 8:2 9:4,19 12:20,22 13:10 17:12,17 18:1,3 19:5,6,18 19:21,23 20:20,24 21:24 22:14 23:15 26:13,14 27:7,7

27:22,24 29:12,13 29:16 30:9,11 31:3,15 32:2 33:8 33:15 34:7,8 35:6 35:16 36:2 37:14 41:5,15,17 42:5,8 42:9 43:3 45:14 45:17 47:14,16 48:17 49:3,5,22 50:2 52:18,18 53:21 54:8,19 55:9 56:7 57:2 59:19 60:22,24 61:17,19 62:5,8,9 62:12 63:10 64:1 64:2,24 65:16,25 66:8,12,24 67:2 67:10 68:2,3,6 69:12,15,15,17,18 69:19,22,24 71:20 72:4 74:5,21 76:1 76:1,5,11,17,24 77:17 79:1,25 80:21 81:10 82:13 82:13,14 83:5,7,8 84:16,23,24 85:16 85:18,25 88:12,13 89:14,15 90:4,10 91:3,11,16,19,20 91:23,25 92:5,6 94:3,4,20 95:24 96:1,13,14,16 98:7,20 99:13,23 100:20 101:24,25 102:9 103:12 104:7 105:3,20 108:21 110:4,7 112:1 114:14 115:3 117:6,10,14 118:9,11,17 119:6 119:10,13,14,14 119:21 121:13 122:14 124:7,11 124:21,23,25 125:7,8 127:9,14 127:14,15,24,25 128:1,5 130:15,20 133:8,13 135:10 137:12 142:23 144:14 146:22 148:3,8,11,15,17 149:7 150:6,7,8 153:25 154:8,25 155:1 156:19 157:1 158:16,20 159:6,6 160:8,8 160:16,20,21 161:16,17 162:1 163:5,13 164:4,17 164:19,19,20,23 166:16 167:17,17 167:20 168:4 169:12,17,17 171:11 172:1,9,10 172:15,17 173:2 174:1,1 175:3,7 175:11,11,11,20 177:8 178:7,17,18 178:19,22 179:3 179:11,12,14,16 182:7,10 183:3,22 184:23,24

**knowing** 65:16
**known** 188:9
**knows** 138:17,19 138:24
**K-a-r-v-e-l-i-s** 169:8

L

**L** 4:3
**lady** 88:7 101:4
**laid** 14:22 15:2,5,11 19:11
**land** 163:7
**language** 130:8 135:5,15
**lasted** 60:13
**lasts** 184:19
**late** 74:7 138:12,22 169:9
**laughed** 55:10,12
**Laura** 43:6,6
**law** 153:25
**lawsuit** 5:7
**lawyer** 26:13,19 153:18,19
**lawyers** 153:15 154:9
**lay** 180:11
**lead** 107:13 144:11 144:12
**leaden** 144:11
**leaning** 172:25
**leased** 11:21 12:13
**leasing** 12:14
**leave** 17:1 37:3,16 42:10 117:5 129:20 137:6
**led** 68:17
**left** 37:11 65:7 83:19 107:22 126:7 142:15
**left-hand** 105:12
**leg** 182:17,19 183:16
**legal** 17:4
**legs** 144:12 147:8 182:16,19,20,21
**length** 179:21
**Leslie** 169:8
**lessen** 66:5
**letter** 2:17,20,22 49:20 77:18 87:14 129:3,6 130:4,20 131:12 134:23 135:18,22 181:18
**letterhead** 59:8
**let's** 6:24 12:9 13:20 38:13 39:13 41:5 46:15 51:6 53:16 57:21 67:15 70:1 71:24 74:23 76:1 78:17 87:1 89:13 94:5 97:5 98:16 105:10,11 107:21 109:2 112:8 114:3,18 119:6 121:1 126:10 139:1,10 140:12,12 143:22 149:1 150:19 155:2 169:16 171:7
**liar** 63:18,24 64:4 118:11
**life** 31:6 110:18 156:23 159:23,24 160:14,15 163:2,3 163:6 171:4 178:4
**light** 174:13
**Lilly** 71:2 73:9
**line** 141:13 187:2
**lines** 62:15 109:19
**Lisa** 86:13 89:9,24 91:3 94:22 97:1
**list** 70:14,21 170:11 170:12
**listed** 143:14
**literally** 168:25 169:2 184:10
**litigation** 21:9
**little** 8:8 50:11 65:6 69:13 72:17 94:12 105:16 108:13 121:4 148:19 157:25 163:10
**live** 15:21,23 16:15 35:18 42:23
**living** 11:9,11,12 28:16,25
**LLC** 10:4 12:11,12
**locale** 133:18
**located** 12:16 27:2 39:19 43:23
**location** 60:7 128:10 130:13,17 132:2,6,25 134:20 135:8 142:4
**long** 9:6 10:15 12:23 13:25 16:21 18:8 23:6,7 25:2,5 29:10 32:1 35:24 38:11 39:6 40:23 43:15,20 60:13 67:9,14 73:6,13 74:1 84:22 105:3 136:7,8 147:5 150:17,24 176:14 178:8 180:17 183:17,25,25 184:3,8 185:7,23 186:8
**longer** 18:19
**look** 19:16 20:8 21:6 30:5 44:25 45:2 46:7 47:10 47:21 60:11 62:15 64:14 83:1 87:15 93:13 94:5 105:10 105:11,12,15 106:20,24 110:15 112:8,11 114:12 132:9 139:10,19 143:22,25 145:25 147:8 148:16 150:5 154:20 155:19 156:6 178:9
**looked** 18:17,22 20:20 21:10 22:20 133:22 146:23 151:24
**looking** 21:25 65:16 98:21 112:23 115:21 140:13,17 143:4
**looks** 83:8
**Loren** 16:18
**Lorin** 1:12,16 2:3 2:13 5:2 88:10 158:6,22 187:24 188:4,9
**lot** 18:23 29:16 34:6 42:19 72:4

77:14 136:11,11 136:12,23 153:2 160:4 164:21 165:7 178:6 182:16
**loud** 102:2
**Lowe** 44:5,6,11
**lowest** 17:9 71:21
**LP** 1:8 4:13 114:20
**Luke's** 66:20
**lunch** 9:19 96:7,11 135:20 137:4
**lunches** 9:17 80:1
**Lunsford** 25:1 33:4 35:12 39:4 143:19 149:11
**Lunsford's** 26:7
**Luther** 79:2
**lying** 82:5
**lymph** 104:13 106:4
**Lynch** 38:16,17,18 39:7 42:7,10,17 43:5,9 45:22
**L-e-s-l-i-e** 169:8
**L.L.P** 4:8

**M**

**M** 1:20 44:5,6,11 189:13
**machine** 1:21
**magistrate** 6:13
**main** 12:14
**maintain** 32:21
**making** 37:18
**Male** 39:15
**man** 176:10
**manage** 177:25
**Management** 10:4 10:6,11 11:9,11 138:5
**manager** 38:10 51:19,20 61:18
**manages** 173:6
**manufacturers** 73:10
**marathon** 9:6
**March** 16:23 18:20 166:10
**marijuana** 27:24 147:15 148:23
**mark** 44:15,17 46:18 51:15 82:16 150:6
**marked** 44:22,24 46:19,21 57:22,24 82:19,21 87:9 93:10 112:9,11 123:13 127:17 128:24 137:20 150:10 153:22 154:9 165:3 176:17
**marking** 150:9
**marriage** 25:15 149:10
**marriages** 25:3 35:12
**married** 25:2 35:12 143:17
**Massachusetts** 84:6
**Massachusetts-w...** 82:4
**massive** 104:20,20
**matter** 7:13,13 48:22 88:21 93:7 175:15
**ma'am** 5:10 58:3 112:11
**McKinney** 59:13
**McLaughlin** 2:4 4:8 5:5,6,12,15 9:23,25 21:3,6 29:18,20 44:16,20 44:23 46:20 53:15 53:18 57:23 58:3 58:5,8,9 72:16,19 78:8 82:20,23 87:4,7,10 93:11 93:13 96:6,10 97:25 112:10,17 112:21,23 116:10 116:11 127:18 128:25 132:13 137:21 139:8,10 149:20 153:23 165:4,5,7 166:23 167:1 170:20 176:3,10,18,20 181:13 186:11
**mean** 12:11 15:17 18:5 22:11 23:10 31:12,13 38:22 39:12 48:11 53:10 54:17 55:18 56:3 56:4 61:18,22 66:3 68:6,21 76:14,14 78:25 85:2,24 91:11,23 92:1,3,10,12 93:7 99:7,10 102:7 103:6 108:5 109:8 109:12 110:25 118:16 121:3 122:15,21,23 126:17 130:8 131:16 133:10 141:20 144:4,18 148:2,7 149:8 151:3 152:23,25 153:3,5 155:12 160:14 161:23 163:5,8,25,25 168:19 173:12,25 174:1 175:5,8,8 179:17 180:19 183:9 185:3,4,15
**means** 38:23 146:24 148:8 156:20
**meant** 128:9 146:16,18 153:5 159:6 177:19
**medical** 2:23 15:4 20:2,14 65:13 69:3,20 70:15,21 74:16 75:11,11 110:15 139:1 143:11 168:6
**medication** 5:15,18 6:2 7:25 8:6 66:2 71:5,6 73:20 141:1,5 160:11
**medications** 70:13 140:15,18 171:14
**medicine** 173:6 177:23 178:1
**medicines** 170:15
**meds** 95:13
**meeting** 62:7,10 102:4 107:12,13 107:16,20 109:3,5 111:7,9,10,17 113:9 116:20,21 124:19 137:15
**meets** 111:1,2 114:24 115:22
**megabols** 72:17
**memo** 2:13 59:3,4 60:1 62:15 64:6,6 64:14
**memory** 5:20 7:23 8:1,6 85:5 106:14
**meningitis** 38:1 68:16,19
**mentally** 25:16
**mention** 100:9 107:7 108:7,9 159:20
**mentioned** 24:23 31:18 33:7,9 140:13 141:10 143:10 157:5 161:3 175:3
**Merrill** 38:16,17,17 39:6 42:6,10,17 43:5,9 45:22
**messed** 108:16 125:16
**met** 5:10 55:10 118:1 124:18
**mid** 167:24
**middle** 17:20 182:23 183:15
**miles** 182:9
**mincing** 132:22
**mind** 49:19 73:2 113:8 167:21
**mind-set** 119:8
**mine** 37:5 174:19
**minute** 31:18 45:24 87:15 97:16 123:8 123:14 165:14
**minutes** 184:2
**misrepresentation** 140:2
**missed** 121:13,14 121:15
**missing** 22:10 71:25 72:1,20 121:18
**mistake** 102:7 132:11
**mistaken** 116:15 122:3,7 123:2 127:10 133:12
**mistakenly** 118:24
**misunderstood** 81:8
**mixes** 16:5
**Modern** 78:12,13
**mom** 153:1 169:10
**moment** 28:21 44:25 45:2 46:23
**money** 37:18 38:8
**month** 11:10 12:9 17:24 18:18,21 22:19 47:20 79:25 138:11 160:13,25 161:1 164:9 184:4 184:5
**monthly** 184:20
**months** 12:24 13:1 16:22,23 19:7

68:14,16,25 69:11 70:3 71:22 72:2,7 72:11,23 73:3,25 74:4,13,23,25 75:3,18,20 76:4,7 76:19,22,23 78:2 78:14,23 79:3,6 79:16,19 80:2,6 80:15,18 81:1,8 81:14,20 82:10,18 82:25 83:24 84:2 84:6,12,17 85:6 85:10,15 86:6,11 86:17,19 87:13,18 88:14 89:5,7,7,18 89:22 90:9,16,19 91:4,14 92:2,9,12 92:15,19 93:1,17 93:19 94:3,7,16 94:23 95:14,18,20 96:2,15,23,24 97:5,8,19,21,25 98:4,14,19 99:1,4 99:9,21 100:12 101:4,6,11 102:11 102:12,20,25 103:5,11,18,22 104:19,24 105:7 105:10,23,25 106:12,19 107:4,7 107:11,15,20 108:2,12,15,25 109:9,14 110:10 110:14,17 111:2,4 113:6,15,19,22 114:16,17,17,22 115:10,16 116:8 116:18,24 117:3,9 117:15,18 118:3 118:15 119:2,6,20 122:20 123:24 124:3,6,10,18 125:19,22 126:6 126:23 127:4,6,18 127:25 128:6,20 129:6,9,18,22 130:8,23 131:1,5 132:19 133:10 134:14,23 135:13 135:22 136:3,7,10 137:3,14,18 138:14,18,23 139:14,16,17,23 140:7,21 141:9,12 141:24 142:9,15 142:23 143:7,17 143:21 144:15,22 145:5,8,12,21,25 146:8,23 147:4,11 147:14 148:10 149:6 150:3,10,17 150:23 151:23 152:7 153:8,20 154:2,7,12 155:9 155:14,17 156:16 156:18,24 157:2 157:17,18,21,24 158:1,10,24 159:20 160:23 161:3,8,15 162:9 162:12,14 163:9 163:15,16,19,24 164:11,15,22 165:13,20 166:4,5 166:13,22 167:4,8 168:3,16 169:3,10 169:21 170:6,23 171:7,9,17 172:19 172:23 173:1,9,20 174:2,25 175:10 175:20 176:1,3,20 179:3,18

**old** 24:16 28:8 35:15
**older** 26:4 27:10
**oldest** 25:20
**Olga** 155:2 158:22
**omission** 140:2
**once** 30:2,21 33:7 70:4 138:11 160:19 164:4 182:9,12 186:6
**ones** 27:15
**on-line** 89:4
**open** 92:10
**opinion** 74:16 113:16 126:3 157:15 159:13 168:6
**Opportunity** 1:4,22 4:4
**opposed** 8:25 124:16
**ORAL** 1:11,16
**ordinarily** 148:12
**organization** 132:25 133:18
**originally** 155:17 155:19
**overall** 54:3
**overstating** 15:13
**overtime** 80:9 176:24 177:1,3
**owned** 45:11
**owner** 17:13,14
**o'clock** 74:9 177:11 177:20,21 180:20 180:21
**O'Neal** 172:12,24 172:25

**P**

**P** 4:1,1
**pack** 177:6
**page** 2:10 3:4 30:4 47:6,10 114:11,19 114:23 115:7 123:16 125:17,18 139:20,20,21 140:13 143:12,22 143:23 147:17 181:24 183:23,24 187:2
**pages** 189:4
**paid** 41:4 89:17
**pain** 5:18 6:2 71:5 71:6,9 106:6,12 150:11 151:5 162:8,9,10,24 164:1 178:22
**PaineWebber** 43:19,22 44:4
**panic** 65:12,13,14 65:17 66:11 67:23 69:6,11,19 73:21 74:13,17,21 76:4 76:16 141:11,12 141:15,16,21 150:1,10 161:19 162:3 170:8,9 171:15 179:10
**paper** 16:19 35:6 106:20 107:25 112:5,6 134:13
**papers** 88:15,16,20
**paperwork** 91:1 96:3,3 116:25 155:8
**paragraph** 62:16 64:15
**parent** 169:10
**parking** 136:23
**part** 30:8 53:2 139:11 162:23 165:10,10,14 179:17
**participate** 80:17
**particular** 39:12 55:6,7 57:15 70:7 115:18 181:25
**particularly** 27:14
**parties** 160:24 189:6,7
**partly** 41:8
**parts** 83:3 114:15
**party** 149:7
**part's** 165:20
**Pasadena** 27:2 42:24 78:18 128:13 131:6,14 132:15,17 133:24 134:11
**pass** 44:24 73:10 82:21 87:11 93:11 120:2 122:7 176:3 186:10
**passed** 28:18 38:23 119:3
**passing** 46:20 57:23 122:19
**pastor** 79:14
**Patricia** 2:17,21,22 88:4
**pay** 10:17,22 17:22 91:25 93:7 107:24 116:22
**paychecks** 10:7
**paying** 17:11
**pending** 9:14
**PEO** 10:5,5,10 11:19
**people** 23:20,23 37:7 50:18 56:8 77:7,9 122:8 124:25 125:2 164:21 177:7
**percent** 5:23 103:7
**Percocet** 71:7,11,23 162:14,16,17
**perfectly** 92:7
**performance** 2:19 114:20,24 115:5
**period** 9:18 15:5 19:12 22:5,19 23:20 38:5 40:23 50:1,7 86:8 90:1 90:12,13 92:17 97:4 170:5 171:6 171:20 179:21
**periods** 136:7,8 171:22
**permitted** 57:17
**persisted** 118:10
**person** 6:14 36:25 49:15 52:22 61:20

Case 4:05-cv-03377 Document 46-3 Filed on 12/21/06 in TXSD Page 26 of 36

67:2,2 72:20 74:8 76:14,17 95:2,3 104:14 120:11,20 125:10,11 177:23 178:1,7 188:11
**personal** 30:24,24 154:1
**personality** 36:24
**personally** 168:4 188:9
**person's** 76:18
**pertain** 32:17
**pertained** 22:2,4
**pertains** 31:19 96:3
**Phillips** 1:7 4:13 5:7 20:21,25 21:21 22:3,5 24:1 32:6,9,12 33:22 34:1 35:20 37:5 47:15 50:14 53:24 60:4 86:12 89:9 97:3 114:20 126:15,24 128:4 130:16 132:14,20 133:6 135:1 155:6 158:3,7 169:25
**Phoenix** 89:4
**phone** 12:22 95:1
**physical** 177:17,17 185:12
**physically** 25:15,16 178:20
**physician** 8:5 33:20 34:21,24 66:24 88:8
**physicians** 172:7
**physiological** 150:7
**pick** 107:21 137:9
**piece** 106:20 107:25 134:13
**pill** 71:9
**pin** 18:19 148:14
**Pines** 4:13
**pit** 29:15 30:17,19
**place** 13:6,7 57:8 57:11 138:4 182:5
**Plaintiff** 1:5 4:2
**plant** 128:4 131:6 132:15,16,20,25 133:4,7,15,17 135:11
**plate** 64:25
**played** 68:22
**playing** 58:11 116:11 132:24
**please** 45:5 107:2 154:10
**pleased** 167:3
**point** 8:13 23:1 32:16 41:2 46:8 47:12 49:22,25 51:15 54:5 55:21 63:17 66:2 67:4 67:10 82:24 94:13 94:15 96:15 108:6 117:1 119:2 137:23 144:3,4 146:3 152:16 161:17 164:23
**points** 111:7 175:1
**police** 26:8
**popped** 55:3,9
**popping** 54:21
**portion** 50:12
**position** 10:13,15 11:22 13:3,5,19 13:23,25 14:12,18 14:18 16:13,18 17:1 38:9,11 47:22,24 49:4,6 63:17 64:3,22 120:19 130:23 131:5,8,10,14
**positions** 131:7
**positive** 101:12
**possibility** 37:18 105:6 128:5
**possible** 30:11 32:15 34:21 45:18 49:14 56:13 101:25 163:7
**post** 23:12,13
**posted** 11:4,10
**pot** 25:19 149:7
**preceding** 114:10
**precisely** 98:21
**prefer** 9:10
**pregnant** 28:12 149:2,18,18
**prepare** 20:5
**prescribed** 66:13 66:18
**present** 47:23
**presented** 129:9
**president** 11:18
**presidents** 20:18
**pressure** 19:6 65:24 146:8 150:12 151:5 170:4 172:12 173:7 177:25
**pretty** 19:3 22:17 22:17 24:7,8 56:18 69:23 79:24 85:3 86:3 96:18 134:21 159:24 164:6
**prevents** 95:10
**previous** 90:16 96:12
**primary** 33:20,21 185:2
**printout** 2:15,16
**prior** 12:7,25 13:18 13:18 23:25 32:5 33:25 35:20,21 37:21 38:14 43:9 43:17 44:4 46:3 53:19 75:10,21 90:1 122:2,3 141:25 162:10 167:5 180:22
**probably** 8:14 10:10 14:10 15:3 18:21 19:2 22:23 33:9,12 38:12 45:25 66:7 67:11 67:12 68:5 79:20 82:3,11 83:5 97:10 114:14 123:6,7 128:21 134:21 142:3 152:22 164:9 173:22 180:16 184:5,22
**problem** 6:1 51:14 72:4 120:5,7 149:22 150:5,15 175:4 182:13 183:17
**problematic** 52:12
**problems** 23:10 34:7 52:25 57:6 75:13 164:5,10 166:5 170:2 182:7 183:1,2 184:6 185:18,25
**Procedure** 1:24
**proceed** 30:14
**proceeding** 6:9,10
**process** 8:8 30:5,8
**processing** 175:16
**produced** 1:16 20:21,25 21:8 88:21
**produces** 72:22
**production** 114:15
**products** 40:5,6,11
**progressed** 161:25
**projected** 97:7
**properties** 12:10,15 14:5,19
**proved** 188:10
**provided** 87:12,16 87:18
**providing** 95:2,3 138:7
**provisions** 1:24
**PUBLIC** 188:19
**published** 105:20
**pull** 107:24
**pulled** 81:25 106:21 114:14
**pulling** 177:7
**pure** 136:8,8
**purposes** 83:17 188:13
**pursuant** 1:23
**pushing** 149:15
**put** 13:14,16 49:18 65:13 74:7 102:21 119:21 135:15 140:25 141:4 145:1,4 148:9,21 150:4 156:16 171:13 178:11,14 182:11
**puts** 150:22
**putting** 67:12 140:16 159:2
**p.m** 1:19 87:8,8 96:9,9 97:24,24 127:16 128:23 137:19,19 149:19 153:21 165:1,2 166:25,25 176:5 186:12

**Q**

**quantify** 41:19
**quarter** 182:8
**question** 6:20 8:10 8:15,19 9:10,14 16:14 62:21 64:2 64:3 72:14 74:2 86:1 92:8 95:20 111:5 122:18 124:11 132:23 133:2 157:24 167:9,10 175:22 182:1 185:17
**questioning** 6:16
**questionnaire** 70:21 100:10 108:7 110:15

113:10 119:22 139:2 170:14 176:19
**questions** 7:6,8 8:9 9:7 30:6 83:18 94:15 96:16 139:13 175:13,22 176:8
**quick** 43:17 44:15 87:2 122:10 127:19
**quickly** 93:14 114:3
**quit** 48:5 60:25 61:2
**quite** 41:23 45:18 48:18 172:11
**quote** 69:19

**R**

**R** 4:1,8
**raised** 150:11
**Randy** 137:8,11
**rare** 164:7,8
**rate** 10:17,22 17:22 154:7 174:7
**reaction** 92:7
**read** 63:12 83:22 84:2 88:15 94:13 95:11 103:15,18 127:22 139:11,15 144:21,24 151:24 152:12 153:4 155:20 168:4,5 170:21 183:4 187:24
**reading** 135:5,18 136:5,8,13 138:10 166:6
**ready** 65:2 74:9 177:4,7,9
**real** 29:11 34:9 36:24 43:17 44:15 65:23 87:1 112:8 127:19 144:11 147:6 160:6 174:17 178:21 180:9
**realized** 108:3
**really** 18:19 26:16 26:17 44:20 51:3 56:11 62:19 64:12 65:25 73:12 80:23 85:5 90:6,17 92:13 94:4 98:11 100:3,14,18 111:11,22,24 115:3 132:10 145:16 147:12,13 147:13 149:1 154:8 156:19 158:11,13 159:24 160:24 164:6 168:5 169:16,20 172:25 177:15,16 177:25 178:6,15 178:16,25,25 183:6,19
**reason** 5:19 7:22 8:23 15:5 25:10 77:2 94:20 100:13 108:11 109:15,24 110:2 113:7 117:10 118:12 119:11,14 121:25 122:4 130:16,20 133:10 179:2 180:1 187:2
**reasonable** 133:24 135:2 181:6
**reasons** 147:7
**recall** 5:17 6:17,17 20:13 36:1 49:14 51:9,18,20 77:13 79:3,16 81:24 82:2 84:13 85:24 85:24 86:11 96:2 105:2,5 183:5
**received** 95:25
**Recess** 29:19 53:17 87:8 96:9 97:24 137:19 166:25
**recognized** 82:9 133:23
**recollection** 84:18
**record** 1:25 5:14 26:6 31:19 87:11 96:10 97:22 98:1 115:10 127:16 128:23 137:21 149:19 153:21 165:1 167:1
**recording** 7:8
**records** 19:16,25 20:2 26:10 36:4 127:15
**recovered** 42:15
**recuperate** 150:22 159:25
**recurred** 103:20
**recurrent** 75:13 170:22
**recurring** 103:14
**redoing** 13:10
**reevaluation** 129:10
**referenced** 21:8
**referred** 35:3 83:18 132:21 133:7,16
**referring** 14:24 64:20 77:20 83:11 88:20 109:11 110:23 111:20 116:15 129:23
**reflected** 135:17
**Reformation** 79:1
**reformed** 78:24
**regard** 29:1 30:13 30:23
**regarded** 155:25 156:4,5,8,10,25
**regarding** 115:5 182:4
**registered** 38:19,20 38:21,22,25 39:3 39:9 40:11,19,23 41:2
**Registration** 189:17
**regular** 24:9 177:6 177:10
**regularly** 19:20 21:24,25 27:24
**rehab** 26:3 27:10 27:14 28:1,9 42:19
**rejecting** 140:3
**relate** 140:18
**related** 68:19 116:9 189:5
**relating** 100:6
**relationship** 142:21
**relative** 189:6
**relatively** 73:7
**released** 128:8,20 128:21 129:12,21 130:8
**remained** 99:2
**remedial** 13:8,8
**remediated** 13:16
**remember** 13:7 15:19 22:16 24:16 26:23 27:6 39:13 39:14,17,18 45:14 46:6 51:16 54:21 55:7,8 56:19,22 64:13,21 66:6,21 72:7 74:12 75:25 76:2,3 81:19 82:5 83:7 85:8,18 89:14,15 96:4 97:9,13 98:11,12 98:14 99:5,7,23 101:7,7,10 104:10 104:12,20 107:19 108:12 109:8 110:8,9,10,20,22 117:8 118:4 124:9 127:12 133:8,15 138:3 161:12 166:13 172:7 179:11
**remind** 7:16
**reminding** 48:11
**remission** 173:24
**rendered** 163:2
**rep** 38:20
**repeat** 53:11
**report** 11:15 17:6 36:12 43:4 48:16 48:20 50:16,17 51:4 52:22 61:18 120:17 167:3
**reported** 1:20 36:20 48:18,20 52:3,5 56:11 101:4
**reporter** 7:7 8:23 189:3,13
**Reporter's** 2:7
**reporting** 49:22,23 50:2 51:2 54:2
**reports** 13:14,16
**represent** 5:7 58:13 58:24 102:12,14
**representation** 21:1
**representative** 51:12
**request** 2:18 56:15 58:25 60:12 64:10
**requesting** 131:13
**requests** 64:7
**respect** 30:12 77:19 77:19
**respond** 81:18 85:14 124:3 127:8
**responder** 66:1
**response** 55:11 115:7
**rest** 81:13,16,17 95:12 113:24 137:12 163:14,18 177:18,18
**restaurant** 160:16

160:21
**restaurants** 160:17
**restless** 182:17,18 182:19
**result** 95:21 140:3
**resume** 2:11 45:8 45:25 46:8 47:22 125:15 178:12,13
**resurface** 101:13
**resurfaced** 101:9 101:14 118:25
**retaliate** 157:15
**retaliated** 155:6 157:7,11 159:1
**retaliation** 154:21 157:13,22 158:12 158:25 180:25
**retirement** 11:9,11 11:12 40:9,9
**retract** 62:23
**return** 129:12,15 130:9
**review** 20:5 110:24 111:22,25 112:3,6 113:8,14,17,25 114:4 115:19 116:16 123:13
**reviewed** 82:8 155:5 159:9
**reviews** 112:14
**Richard** 49:1,2,7 49:12,13 50:20,21
**rid** 63:11 112:4 113:13
**ride** 142:3
**right** 5:25 6:3,6,15 7:4,7,10,11,24 8:2 8:3,6,24 9:2,16,19 9:20 10:19,22 11:4,10,12 12:17 12:19 13:4,5,18 13:24 14:2,17,17 14:21,23 15:21,25 16:2,12 17:22 18:5,21 19:17,19 19:21 21:20 22:5 22:12 25:5,18,24 26:15,17,18 28:7 28:8,11,20 29:14 30:12,17 31:17 32:4,15,19 33:6 33:11,16 34:2,5 34:13,14 35:2,5,8 35:10,15,18 36:12 36:20 37:12,13 39:1,6 40:20 41:3 41:17,22 43:4 44:4 45:9,19 46:4 46:6 47:5,9,10,14 47:19,21,24 48:2 48:4 49:19,21 50:9,15,22,23,23 51:11,24 52:2,4 52:24 53:1,9,13 53:25 54:1,11 57:16 59:3,5,5,6 59:11,14,15 60:2 60:6,10,14,16,20 61:1,3,5,7,11 62:2 62:14,14 63:8,25 64:9 65:3,5,18,19 66:2,12,17 67:4,8 67:14,21 68:14,17 69:2,3,5,5,5,11,16 70:1,12 71:4,13 71:15,22 72:6,13 72:13,16,25 73:5 73:15,17,20,21 74:11,19,23 75:6 75:7,9,23 76:4 78:13 79:3,8 80:13,18 81:8,11 82:25 83:13,16,20 83:22 84:17,25 85:4,17 86:8 87:1 87:20,21 88:1,5 88:17 89:14 90:1 90:11 91:6,7 92:21,23,23,25 93:9,19,22 94:25 95:5,20,24 96:5 96:20 97:6,12,18 98:9,11 99:2,3,4 100:1 101:5,6,18 101:21 102:5 103:5,11,18 105:4 105:7,10 106:5,17 106:23,25 107:6 107:11 108:8,9 109:21 110:5,16 110:18,20 111:1 112:12,15,20 113:12,16,18,18 114:1,5,6,8,9,12 115:2,5,8,9,14 116:1,2,7,8,20 117:12 118:21,23 119:1 120:17,18 121:17,22,24 122:3,25 123:9,13 124:20 125:22,23 125:24,25 126:1,2 126:4,5,8,17 127:6 128:11,15 128:25 129:4,24 130:10,11,19 131:1,9,11 134:16 134:23 135:8,18 135:22 136:14,16 137:14,16,17,18 137:25 139:1,3,23 140:10,11,12 141:2,9,16 142:3 142:20 143:3,4,9 143:13,15,16,21 144:9,19 145:11 145:19,23 146:20 147:14 148:12,13 148:18 149:17,23 150:13,19 151:12 151:19 152:14,17 153:2,8,11 154:4 154:7,14,18,19,20 155:16,18 156:13 157:5 158:3,9 159:19 161:6,6,25 162:5,12,18,25 163:20 164:2,11 164:24 165:11 166:6,10,13,23 167:15,23 169:19 169:20 170:8,8,25 171:24 172:4,16 172:21 173:22 174:5,8,14,17,18 175:2,17,20 178:8 183:5
**right-hand** 143:12
**road** 12:10 14:8,9 14:10,19 16:13,21 17:1 18:8,15 19:12 22:19 69:13 182:11
**rode** 86:3 117:8
**role** 78:7,9,10
**Roman** 155:19
**Rome** 86:14 89:10 89:24 91:3 97:1
**Rome's** 94:22
**room** 6:12 141:24
**roughly** 41:18 42:7 67:9 173:12
**Rudy** 4:3 58:5 112:17 165:5 166:24
**rudy.sustaita@e...** 4:6
**Rugeley** 63:20,23 64:3 99:18,19,20 99:22 100:9 101:7 102:4,15 107:12 107:13,21 109:3 109:18 110:14,20 111:18 113:3,9,10 116:21 119:7 124:18,19 127:3 137:16
**Rules** 1:24
**rushed** 139:14
**Ryan** 172:12,15,24 172:25,25

**S**

**S** 4:1
**safety** 13:8
**salary** 41:20
**sales** 38:21 39:9,10 41:1
**salespeople** 20:19
**Salvato** 2:17,21,22 15:7,8 19:4,12 32:25 33:2,17 34:19,25 66:13 86:22 88:5 89:19 89:23,25 104:11 127:20 129:7 131:12 134:25 135:7 140:24 169:22 171:19 172:8 173:1 177:22
**Salvato's** 19:24
**San** 12:17
**sat** 119:18,19
**satisfy** 60:11
**Saturday** 180:19
**saw** 19:5,18 33:22 34:4 35:3 67:1,2 69:25 88:15 98:20 99:13 100:15,22 133:11 171:20 172:7,11 180:1
**saying** 13:22 15:19 18:22 19:20 28:3 28:17 33:11 50:23 50:24 54:22 55:2 55:5,13 56:8 58:1 58:19 60:21 61:7 61:23 62:3,4 63:14 70:20 81:19 84:18 87:23 95:4 97:6 98:9 100:8 101:10 102:2 105:2,5 106:17 107:4,19 109:8

110:8,9,10,20,22 113:16 118:10 123:6 130:22 132:24 133:22,25 134:1,18 144:25 150:15 151:10 152:7,12 154:25 156:19 179:11
**says** 62:4 63:23 64:18 77:1 78:5 81:12 83:19,19,23 84:6 88:10 93:19 94:8 95:1,5,10,20 105:17 114:11,13 114:24 127:25 128:1 129:9,11 130:4 134:15 139:21,23 140:1 141:13,18 143:1 144:20 145:25 148:1 151:13,13 151:15 152:15 153:3 154:21 155:24 165:14 181:18,21 183:7
**scared** 65:24 121:5 121:6,17 178:18
**scary** 76:11,12,13 76:14,15,16
**scheduled** 19:20
**school** 35:23 36:10 36:10,11 47:24 48:2,5 67:18 89:3 101:5 152:25
**Schools** 36:7 37:11 37:17,22 42:7,16
**Scott** 4:8 5:6
**scratch** 180:6
**scripture** 77:21
**Scurlock** 172:20
**se** 90:4 179:7
**seal** 188:14 189:8
**search** 82:14
**Searching** 175:17
**second** 24:19,20 25:21,23 26:25 64:10 97:20 105:16 113:2 125:17,18 129:9 137:18 140:13 141:13 147:14 151:22 155:20 164:24
**seconds** 184:9,19 184:21
**second-to-last** 64:15
**secretary** 36:8
**section** 115:2 149:21
**securities** 40:2,3
**see** 6:24 9:6 11:12 12:9 13:20 19:4,6 19:12 22:2,4 24:15 28:21 30:11 35:7,8 37:7 39:13 41:5 43:6 45:19 45:21 46:12 47:11 51:15,16 58:4,17 58:21 61:19 62:18 64:16 66:16,25 67:15 71:24,25 76:1 78:17 80:24 82:7,14 83:25 84:4,10 87:1 89:13 93:19 95:5 97:5 98:16 100:17 105:16 108:20 112:1,24 113:5,12 119:4,5 125:15 126:10 130:4,7 133:18 139:21 140:5,12 141:9,16 142:24 143:22 146:11 149:1,21 149:25 150:19 154:23,24 155:2 156:2,3 165:25 166:24 169:16 170:11 171:7,19 171:23 178:8 183:18
**seeing** 33:16 56:19 56:22 66:14,15,19 66:22
**seeking** 133:23
**seen** 33:25 34:24 35:5 36:18 63:20 88:10 102:13 124:24,24
**sell** 38:24 40:2,3
**sense** 37:1 158:5
**sent** 28:1 37:10 62:2 155:8
**sentence** 64:18 129:9,11
**sentences** 183:3
**September** 13:2 14:11,20 15:11
**sequentially** 44:18
**series** 38:23,23 68:17,19 69:3
**sermon** 79:12
**service** 49:4,5,7
**set** 51:6
**setting** 104:11 112:4
**seven** 12:12 24:16 55:9 184:22
**severe** 75:19 85:3 164:1 175:9,9
**sh** 1:1
**shake** 9:1
**Shanon** 1:20 189:13
**sheet** 65:13
**She'll** 73:10
**shock** 112:19
**SHOOK** 4:8
**shooting** 65:24
**shops** 43:1
**short** 56:24 57:4 58:18 65:22 87:11 135:20 137:22 166:24 167:2 174:15
**shorten** 34:17
**shorthand** 1:21 189:3,13
**short-term** 90:25 91:22 92:17 95:25
**shots** 72:17,18 104:25 105:1,1 141:7
**shoulder** 162:24
**showed** 17:9,10
**shower** 168:25
**shut** 57:9 64:7
**sic** 72:18
**sick** 38:6 42:13 89:15 150:18
**side** 6:12 21:8 105:12 119:15 182:11
**sides** 169:19
**sidetracked** 35:11
**sign** 116:6 155:8 156:14 158:23 177:22
**signature** 2:6 47:5 93:17 95:9 112:24 139:20 140:7 143:23 154:12,20 166:8 187:1,25
**signatures** 154:14
**signed** 88:4 108:1 114:4 116:3 156:13,14
**significance** 99:6
**Silk** 12:10 14:3,5,8 14:9,10,19 16:13 16:21 17:1 18:8 18:15 19:11 22:19
**similar** 63:24 64:3 67:25
**simply** 119:15
**singer** 16:10
**singles** 79:24,24
**sinus** 75:13,13,22 104:20 143:8 170:22 171:8,14
**sister** 15:19,21 16:15,15,16 36:17 36:19,21 100:23 100:25 101:1 126:11 167:15 168:16 169:3
**sisters** 33:22 35:3 168:12 177:24
**sister's** 73:9 169:7
**sit** 9:7 106:19 147:5
**sitting** 69:2 124:12 157:3
**situation** 29:1,5 52:21 138:14 153:16
**six** 4:13 12:11,24 16:22,23 38:12 55:9 81:17 104:25 104:25 105:1 141:6,7,7 168:12 168:14 176:15
**Sixteen** 25:4
**skills** 37:19,20
**skip** 65:5 139:12
**skipping** 108:13
**slash** 12:11,11
**slave** 78:10
**sleep** 106:10 138:12 138:13 160:11,13 164:13,14 180:9 180:11,12,15,17 180:19,20 182:9 182:14,23 185:20 185:21 186:4
**sleeping** 185:18,25
**slept** 160:12 186:7
**slow** 174:15
**small** 40:9
**Smith** 1:22 4:4
**smoke** 149:7,15
**smoked** 27:24
**smoking** 25:19
**social** 160:14,15 163:6

**sold** 40:4,11
**somebody** 40:16 68:3 69:25 91:3 122:16 124:16 132:9
**somebody's** 120:24
**someone's** 5:12
**Something's** 111:16
**son** 25:20 26:4 27:10 28:8,13 30:25,25 31:7 37:24 38:1,3 42:12,15 68:6 69:12 150:18 171:5
**Sonic** 38:7,9,15
**sons** 28:11,12 35:15 35:16,17
**son's** 17:6
**soon** 23:11 180:13
**sorry** 6:17 14:8,9 16:4 28:17 42:2,3 45:6 80:19 97:16 99:18 107:3 112:22 123:19 124:13 127:20 163:13 176:2,11
**sort** 6:9 17:5 20:12 26:6 40:10 42:17 43:13 53:24 77:12 79:21 95:25
**Sotto** 53:14 87:3
**sound** 48:4 65:18
**sounds** 35:7 93:23
**Source** 10:5,6,8 11:7,14,19
**South** 12:18
**SOUTHERN** 1:2
**Sovereign** 78:22
**So-and-so** 40:17
**space** 12:14,14
**speak** 59:1
**speaking** 56:14 115:4 173:12
**specialize** 173:1
**specialty** 48:15 51:21
**specific** 24:10 27:15 29:11 79:16
**specifically** 19:13 22:3 141:1 146:17 151:11
**Speculation** 132:12
**spell** 17:17 98:1 161:13
**spend** 185:3
**spent** 18:23 22:21 159:25
**Spherion** 13:3,6,19 13:22,25 14:12,16 19:11 44:10,13
**Spherion's** 13:4
**spiritual** 77:12
**spoke** 96:25
**spring** 184:24
**St** 66:20
**stable** 173:8
**stack** 20:10,12 87:2 170:17
**stacking** 177:8
**staffing** 13:4 44:10
**stage** 51:6
**stand** 61:17,20,24 147:10
**stand-alone** 179:15
**start** 10:22 33:16 74:1 89:5 136:4 136:16 161:5 184:13,14
**started** 10:23,24 11:1 13:22 14:12 41:1 50:7 55:8 65:22 66:14 67:11 69:7 80:8,9,10,10 81:6,9 85:9 137:13 159:20 162:22 169:24 171:4 177:16 182:17 185:10,13
**State** 1:20 38:24 188:6,20 189:1,3 189:14
**stated** 1:24 60:7 109:5 189:3
**statement** 63:14 140:2
**States** 1:2,4,21 4:3
**stating** 148:3
**status** 129:11
**stay** 57:3 117:5 179:25 185:4
**staying** 74:7 177:11 185:13
**stay-in-the-bed** 185:9
**Steve** 99:19,20
**stick** 23:11
**stiffen** 147:6
**stock** 39:11 40:3
**stocks** 38:24
**stop** 9:19 86:17 94:13 97:18 139:11 148:24 165:13 184:13,16
**stopped** 50:7 149:1 151:14
**storefront** 12:14
**Story** 23:17
**straight** 160:13
**street** 1:22 4:4,9 27:8 147:20 172:18 183:14,15
**strong** 36:24
**struggling** 64:22
**studied** 74:21
**stuff** 6:20 11:14 20:10 44:21 46:5 63:12,13 70:20,21 73:4 74:22 79:9 81:25 85:9 98:20 101:24 104:13 108:24,24 117:2 117:14 118:8 149:14 169:1
174:12 182:10,11 185:12
**submission** 77:21
**submit** 78:5,6
**subscribed** 188:11 189:8
**substantive** 83:17
**substation** 128:2 130:9 132:18,21 132:25 133:3,7,16 133:17
**substations** 132:14
**sucked** 44:13
**sudden** 80:16 185:12
**suddenly** 57:5 80:17 97:16
**suffer** 185:25
**suffering** 185:23
**suggested** 155:10 159:2
**suggesting** 135:1 158:15,15
**suggests** 103:19
**suing** 158:2,6
**Suite** 4:9
**sum** 158:24
**Sunday** 160:19,20 164:5
**superior** 138:16
**supervisor** 51:3,12
**supervisors** 126:1
**support** 31:16 55:24 61:13
**suppose** 93:25 120:19 146:20
**supposed** 52:22 61:17 120:11,14 120:15 174:6,9,15 174:16
**supposition** 74:20
**sure** 15:3 19:14 29:18 32:18 36:4 56:17,18 58:7 66:3 69:23 74:4
84:16 86:3 90:13 90:17 94:11,25 96:21 102:24 103:1,7 112:12,18 122:10 131:7 139:15 147:16 154:3 158:11,13 169:12 170:20 171:14 181:9
**Susan** 39:16
**suspended** 107:24 116:22 126:17 137:16
**suspending** 124:2,7
**suspension** 123:19
**suspicious** 110:21 111:19 113:2 116:9,14
**Sustaita** 2:5 4:3 9:22 21:1,7 29:17 44:16,19 57:25 58:7 72:14 78:3 82:20 87:6,12 93:12 97:22 102:18 112:20 116:10 132:12 139:4,7 165:6 170:18 176:7,11 176:12,19,21 181:23 186:10
**switch** 114:22
**switched** 73:18
**swollen** 104:14,16 106:4
**sworn** 1:17 5:3 6:6 6:22,25 189:8
**symptoms** 67:25 70:10 80:23 83:9 83:14 100:14 106:2,25 108:10 109:23 118:10 119:23 145:22 162:21 166:6 173:19 174:1 176:13,14 180:7

182:5,15,25 183:5 185:2
**syndrome** 14:24 15:1 31:20 32:17 34:12,15,25 70:25 81:15 84:4,7 106:25 107:8 109:6 113:11 118:22 122:2 140:19 145:13 156:22 159:15,18 159:22 161:22 163:19 164:18 167:16 168:1 173:10 174:24 182:17,19
**synonym** 133:18,19
**synonyms** 133:20
**Synthroid** 142:16 142:17 171:15
**system** 95:19

**T**

**table** 71:17 116:12 147:8
**tackled** 68:23
**take** 8:5 9:11,15 14:23 17:9 23:7 27:20 29:17 44:25 46:23 53:15,16 61:4 62:6 70:24 71:1,5,9,9 72:4,17 72:24 73:1 81:12 86:25 87:6,15 89:20,21 93:13 96:7 97:18 102:18 118:19 131:24 137:3,4 138:25 155:20 161:10,21 162:17 166:24 178:17,19 182:3 185:20,22
**taken** 1:18 73:24 90:3 189:6
**takes** 8:24 64:3 124:22
**talk** 30:5 32:25 33:2 37:25 46:9 46:15 70:17 73:25 74:23 84:3 101:23 119:4,5,6 120:8 121:1 122:16 123:12 131:22 139:1 153:15 154:4
**talked** 19:11 26:13 33:6 75:21 76:5 77:10 79:8 86:13 97:5 98:10 103:25 107:21 140:25 150:18 153:17 167:12 169:21 173:9
**talking** 23:2 26:12 32:16 37:25 40:5 45:24 50:6 53:23 57:19 63:13 64:15 67:4,9 74:13 78:14 79:9 82:17 83:25 86:6 87:19 87:23 88:7 90:2 90:12 96:24 101:16 102:3,4 107:15 108:19 112:16 113:10,16 118:4 120:10 122:11 123:10 128:12 136:25 139:2 140:14 143:15 149:21 168:22 170:12 171:5 174:11 175:2
**Team** 11:5,6
**technical** 105:24
**technicalities** 158:14
**technically** 158:6
**tell** 8:11,18 9:15 17:7,8,10 30:9,13 30:14 46:23 52:18 56:1 68:4 76:10 77:17 80:22,24 81:10 84:15 85:14 87:15 89:12 90:7 90:10 92:10 101:23 102:1,6 107:17 112:3 118:3,17,17 120:9 121:7 127:1 131:21 132:1 139:15 163:17 170:16
**telling** 7:16 76:15 76:17 89:19,20 102:23,23 104:11 104:12 107:12 108:4 113:4 121:5
**temp** 37:5,12,19 47:16 48:2,13,24 49:9,12 50:1,7,13 50:21 67:16
**temporary** 13:3,5 44:5
**ten** 25:6 150:21
**terminated** 54:9 99:2 124:13 125:2 125:20 159:17
**terminating** 140:4
**termination** 22:5 154:22 181:4,7
**terminations** 125:12
**terms** 129:21 176:25
**Terry** 25:1 26:6 28:3,3 33:3
**test** 108:20
**tested** 171:13
**testified** 5:3 48:1 92:19 115:22 119:25 149:13 176:12,24 179:5 179:18 180:6
**testify** 102:15 109:9 122:25
**testimony** 6:7,11,23 7:1,17 26:11 29:21 46:3,10 53:19 66:10 96:12 102:16,17 103:2 103:15 133:21 137:23 151:19 152:2 167:6 181:10
**testing** 34:6
**tests** 104:6
**Texas** 1:2,20,23 4:5 4:10,14 38:24 189:1,3,14
**thank** 51:24 84:10 101:6 138:6 143:1 165:6 170:19 186:9
**Thanks** 57:25 93:12
**theology** 78:24
**Theresa** 4:12
**they'd** 40:17 150:8
**thickness** 160:9
**thing** 8:21,23 9:17 12:14 13:12 24:9 25:13 26:16 42:18 44:7 54:19 62:3,7 63:11 64:23 67:23 70:14 80:16 89:23 97:2 98:12 100:18 101:22 102:6,16 102:21 103:15,25 111:2,3 117:21 128:2 133:1,4 138:8 142:7 144:11 150:8 162:4 163:10 165:12 168:22 179:13 181:18 184:21 185:9
**things** 9:17 17:3,5,6 17:7 20:12 30:10 31:24 46:6 56:4 56:10 59:1 64:18 64:24 65:6,13 70:16 72:5 73:22 74:7 80:11 82:16 102:2 105:19 113:7 121:18 135:17 146:9 164:20 178:22,23 183:20
**thing's** 117:23
**think** 5:19 7:3 18:21 22:9 23:14 23:15 27:7,9,17 43:21 46:8 47:19 49:23 54:11,23 57:15,18,18,20 58:10 59:17 65:12 65:14,17 66:10 67:12,12,13 68:5 68:5 71:8,18 73:3 73:19,21 76:6 77:14,24 79:11 80:11,23 83:5 84:22 86:23,23 89:20 90:5 91:21 96:18,25 97:9 98:22 100:3,5,21 101:16 103:2,4 105:5,12 106:24 107:18 108:10 109:13,15 111:19 111:21 112:15,17 117:8 118:4 119:8 120:1 121:3,4,9 121:14 123:6,11 124:15 125:1 128:19 129:15 130:20,21 131:5 131:12,15 132:11 134:2,17,19,19 137:13 140:13,15 145:14,24 151:7,8 154:1 157:11,14 158:23 160:7 161:6,9,18 162:15

164:24 167:11 172:13 175:7,14 178:10,13 179:7,8 179:13,14 180:2,5 181:1 183:7 185:10
**thinking** 14:9 28:12 39:18 79:20 85:22 91:24 94:2 102:2,10 109:17 111:12,21,22 117:13 123:8 133:12 157:16,19 158:18
**third** 28:13 47:5
**thought** 37:19 48:18 54:4,24 55:14 62:19 80:25 84:24 88:18 91:23 98:19 102:8,8,11 102:11,16,23 113:12 118:5 123:3 133:11,12 151:9 155:10 178:6,25,25
**three** 17:8 19:7 23:8 28:16,25 29:13 34:4 60:4 62:7,10 114:23 121:14 148:7 171:13
**three-and-a-half** 45:22
**Three-months** 14:1
**throat** 121:16
**Thurman** 2:13 20:17 48:21 49:15 49:23,25 50:17 53:25 55:2,13 58:13,25 61:23 63:14,18 74:24 75:11,22 76:24,25 77:9 79:4 80:20 81:18 83:4 84:13 84:18 86:21 87:16 99:18 101:8 102:4 102:6,14 103:16 103:19 107:12,15 108:13 109:3 111:18 112:3 114:7 115:5 116:3 116:21 118:1,13 119:7,20 121:21 121:24 123:1 124:12,18 125:23 126:1,6 127:3 131:1 133:22 135:23 137:16
**Thurman's** 115:8 123:21
**tight** 65:23
**tightening** 182:20 182:21
**Tim** 24:16 68:9 179:9,9
**time** 8:14,24 9:18 9:22,24 12:6 15:5 18:23,25 19:4,10 19:18 21:20 22:16 22:21 23:1,6,13 24:1,9 27:22 31:10 32:5,8,11 33:25 37:23 38:14 38:14 40:24 41:25 42:6 43:2 45:3,7 51:7,9,18 54:8,24 55:17,22 56:25 57:4,14 58:18 62:2,19 63:1 66:7 66:22 67:1,3,20 68:7 69:25 70:7,7 70:12 74:6 75:4 75:20 78:16 80:10 84:23 85:2,23 86:4,4,9 89:15,16 89:20,21,21 90:5 90:13 100:5 101:19 104:5,22 105:3,7 106:15 109:22 112:2,12 113:21 115:16 117:6 119:17,19 121:17,19,24 122:19 123:9 130:23 132:19 134:22 136:25 139:15 140:5,22 143:17 145:3,3 146:13,19 147:6 149:8 152:1 160:3 161:18 163:23 166:19 171:21,25 178:8,15 179:12 179:22 181:21 184:18
**times** 6:25 25:10 40:4 55:8 64:23 72:24 77:7 90:5 102:10 104:14 125:1 136:11,12 149:4 160:5 164:1 164:9 175:5,8,10 175:21 177:13 182:10 183:2,20 184:4,5,22 186:3 186:7
**tiny** 29:17
**tired** 34:7 80:14 144:14,17,18,19 145:3,3
**title** 51:9,18 114:19
**today** 5:16 6:18 7:5 7:5,17 8:8,14 9:3 20:6 50:6 51:15 103:2 106:20 124:12 139:2 143:15 157:3 175:2,4,22
**today's** 78:11
**told** 8:5 15:6 61:4 63:9 75:5 80:20 81:4 89:8 90:22 90:24 91:1,12 95:4 101:8 106:2 106:3 107:23 108:6,9,9,12 109:2 112:2,5 117:2 118:8,17,18 118:21,24 119:21 119:25,25 123:22 123:23 124:3 125:8,9 126:12,17 127:8 129:19 134:4 135:11,14 138:21 175:21
**tomorrow** 139:9
**tongue** 23:11
**top** 46:7 47:11,22 59:9 83:19 84:6 94:8,17 104:15 105:12 151:15 165:10
**total** 25:2
**totally** 44:21 66:4 122:17
**tough** 24:7,8 68:7
**Tower** 4:9 59:14,18 142:4
**Towers** 172:20
**transcript** 7:11
**transfusion** 146:1
**Travis** 4:9
**treat** 55:16,21,23
**treated** 54:13 86:24
**treatment** 166:4
**trial** 7:12
**tried** 134:4
**trouble** 146:10,21 147:2
**true** 37:15 51:25 57:13 60:15 63:4 63:8 99:23 101:13 106:5 124:21 130:18 139:24 152:10 187:25 189:4
**truly** 50:19 62:17 64:16 76:18 82:13
**trust** 23:22,23
**try** 8:9,17,21 9:10 28:21 30:12 38:14 48:8 51:6 96:22 105:22 131:20 157:25 158:16 163:7 170:20 185:14
**trying** 8:10 28:5,7 34:17 65:2 66:19 72:7 73:1 75:14 89:13,16 92:3,5 101:15,22,25 102:21 113:13 122:16 123:11,12 132:10 138:3 148:14,16 156:16 167:20 175:7 183:11 185:11
**turn** 176:16 181:23
**turned** 149:2
**turns** 75:19
**twice** 6:24 33:7 79:25 160:12,25 161:1
**two** 13:1 16:5 18:19 23:8 25:8 28:17 29:1,22 31:5 35:25 40:25 59:24 64:7,8 73:14 81:12 83:1 84:23 84:25 85:1,8,14 86:10 89:17 90:2 91:25 95:13 96:24 100:16 101:9,13 101:24 102:6 112:14 113:23 114:1,7,22 115:18 118:19,25 121:3,5 122:2 123:3,8,8 123:10 124:15 138:12,22 143:11 154:14 161:9 168:22 179:23
**two-and-a-half** 10:16 12:2,4,5 39:8 40:21 43:21

**two-part** 100:7
**two-week** 90:12 97:4
**two-year** 102:16
**type** 8:23 27:15 106:8 180:22
**typed** 115:14
**typing** 135:4,18 136:4,8,12 138:10

**U**

**ugly** 54:3
**uh-huh** 6:19 7:10 8:20,22 11:25 12:3 13:11 14:4,6 14:14 16:11,25 18:7,14,24 19:8 22:22,25 24:6,24 26:5 27:5,11,13 27:19,23 32:24 35:19 36:16,22 37:2,2,6,9 39:11 39:22,24 40:1,22 41:9 42:25 43:14 44:3,12,14 45:4 47:25,25 48:3,3,7 50:3 51:8,22 54:1 54:10,20 55:15,17 55:20,20 59:10,25 60:3,3 61:14 64:17 66:9,9 67:6 69:8 70:6,23,23 70:23 71:3,12 74:14 75:9,23,23 75:23 77:8,8,16 77:22 79:15 83:15 83:21 84:5,11,20 85:12,20 86:7,23 88:3 89:11,11 93:16,18 95:7 96:8 98:3 100:11 100:24 103:21 104:22,23,23 105:14,19,19 106:18 107:1,1,1 109:4 112:7 115:1 115:6,6,13,15,17 115:20,24,24 116:17 118:2 121:20 123:15,20 125:3,3,3 127:5 127:21 128:14,14 128:16 129:2,5,8 129:14 135:6,19 135:21 137:5 139:25 141:17,19 142:5 143:24 144:2 146:2,12,12 147:19,19,22,24 148:1 149:3 150:13 154:15,17 156:9 161:2,4,20 162:6,17 165:17 165:19,21,24 166:1,3,7,9,12,18 166:21 168:15,18 168:21,21,24,24 169:23 173:11,11 173:11 175:19,19 175:19,23 179:20 185:16,16
**ultimately** 153:8
**unable** 104:1 107:8
**underneath** 115:2
**undersigned** 189:3
**understand** 7:5,8 7:10,14,19,21 8:10,15 10:9 31:9 46:5 58:1 65:17 69:6 91:17 92:12 93:6 96:21 113:3 113:5 114:3 119:2 120:2 121:22,23 122:3 132:9 139:8 140:1 150:17 151:10 158:2,5,19 175:12,21 181:9
**understanding** 174:22 181:16 183:2
**understood** 12:7 19:19 26:19 29:23 30:3 79:21 82:16 96:17 100:6 107:10 119:24 128:6 156:13 159:5 175:22
**unequivocally** 109:9
**unfortunately** 30:8
**unintelligible** 8:18
**United** 1:2,4,21 4:3
**University** 89:4
**unlocked** 137:7
**unpleasant** 30:6
**Unrefreshing** 106:10
**unusual** 97:10
**upgraded** 155:7
**uproariously** 55:10
**upset** 30:11 121:4
**upsetting** 30:9
**upside** 127:22
**use** 110:1 162:2
**usual** 99:8
**usually** 5:21 117:10 124:22 147:8

**V**

**v** 1:6
**vacation** 89:16
**vague** 34:9
**Vaguely** 166:15
**van** 86:3,6 117:8,13 136:20 137:4,6
**vans** 136:22
**vendor** 17:10
**vendors** 17:7
**verbally** 98:4
**verbiage** 34:17 156:6,12
**versus** 173:9
**vice** 20:18
**Vicodin** 142:7
**view** 64:4
**violation** 154:22 156:1
**virus** 90:8
**vision** 164:2,5,9
**visit** 19:20 141:4
**visiting** 169:21
**visits** 19:22 20:3
**visual** 83:14 84:3
**voce** 53:14 87:3
**voice** 52:15
**volatile** 178:1
**Volume** 1:14

**W**

**wait** 45:24 117:19 123:7
**waited** 122:23
**wake** 182:11,23 185:18 186:7
**waking** 182:7,12 186:8
**walk** 114:3 163:22 174:15
**walking** 183:14
**walkway** 183:15
**wall** 25:13
**want** 30:4,7,7 40:17 44:17 58:10,21 70:17,19 73:14 81:21,22 96:7,20 100:7 112:12 127:6,18 130:5 132:23 154:8 158:23 176:16 178:9 181:9
**wanted** 21:4 37:8 51:16 52:15 84:19 85:14 89:19 165:8
**wants** 130:6
**wasn't** 6:13 24:8 29:15 30:17 33:10 34:9 45:21 51:21 53:1,2 54:6 57:3,4 60:8 63:4,8 66:14 67:2,14 74:5 80:17 91:15 101:13 111:8 119:9,10 122:23 129:19,22,24 144:13,13,16,16 149:8 152:11,22 152:23 171:21 179:24 180:4 181:17
**watch** 64:19
**way** 41:12,18 60:12 86:4 93:7 111:16 124:25 126:11 127:7 135:15 157:21 160:10 173:25 179:2 182:9 183:16
**ways** 91:24
**week** 18:6 57:15 64:8,11 138:21,22 160:1,6 163:7 183:20 184:4 185:6 186:6
**weekend** 88:16 185:4,10
**weekends** 159:25 177:12 185:13
**weekly** 184:20,21
**weeks** 55:18 75:6 81:5,13 85:14 86:10,25 89:17 90:2 91:25 95:13 96:24 104:25,25 105:1 113:23 114:1,8 115:18 118:19 121:6 141:6,7,7 176:15
**weight-lifting** 174:12,13
**weird** 121:16
**went** 11:8,10 13:15 15:6 18:12 21:25 26:3 27:10 28:8 37:5,19 48:1,24 54:21 67:1,14

69:25 75:5 79:4 80:1 85:11 91:6 98:14,23 111:14 117:16,17,25 118:2 123:21 128:19,21 129:17 136:3 137:14 153:9 157:22 161:18 177:24 182:9 183:16
**weren't** 104:6 119:15
**we'll** 51:15,15 58:9 73:3 160:20
**we're** 7:5 11:21 32:16 50:5 57:19 67:4 72:2 82:17 90:2,12 97:25 102:4 112:16 113:16 116:11 132:22,24 135:15 137:21 139:5 152:24 164:25 167:1,2 171:5
**we've** 5:10 21:3 88:7 107:21 131:3 138:19 139:2 140:25 175:2
**whichever** 172:24
**White** 108:22
**Whoo-hoo** 171:15
**wife** 78:7
**wife's** 28:12 149:17
**wish** 154:21
**wishes** 30:13
**withdrawing** 140:3
**witness** 1:17 38:2 45:1 63:5 123:17 136:24 155:11,22 176:4 186:10
**womb** 171:4
**wonder** 88:18
**wondering** 76:19 137:1
**Wood** 14:3,5
**Woodlands** 4:14 57:8 60:5,8,14 79:5,7
**word** 118:25 130:7 175:8,8,11,11,17 183:3
**worded** 144:25 157:1
**words** 26:11 99:24 108:18 110:1 132:22,24 140:16 151:1 152:8 155:9 156:17 157:13 160:8 183:21,23 183:24
**work** 11:17 12:8,10 12:23,25 13:8,21 13:25 16:21 18:12 21:23 23:20,23 27:12 31:10 33:24 35:20,24 37:4,22 38:15 39:6 43:9 43:18 44:18 46:16 48:14 51:3 52:7,8 53:23 56:7 57:8 57:14 59:6,8 60:8 64:7 67:14 77:6 81:16 98:13,14,23 99:1,2,5,8,10 108:16 109:7,12 110:3,9 125:13 128:3,17 129:11 129:17 130:12,17 131:25 132:1 133:24 134:11,19 135:14,16,16 136:3,17 138:1,5 138:9 144:1,13,16 144:19,20,23 145:7,10 151:1,13 151:24 152:5,11 152:12,17,20,20 152:22 153:2,4,5 153:6,7 159:25 163:4,20,21 177:12,19,20 182:8,10 183:12 185:5
**worked** 12:1 14:16 24:1 32:5,8,11 35:23 37:1 38:7 39:21 40:20 41:18 44:5 75:21 132:20 177:19
**working** 11:2 12:10 12:13 18:11 21:20 34:1 38:15 41:1 47:15 48:12 52:12 52:22 67:15 74:9 80:8 84:25 95:11 130:2 132:5 133:6 135:8 138:4 152:8 152:23,23,24 176:24 177:1,3
**works** 73:9,12
**worst** 31:5 147:12
**worthless** 19:3 31:4 178:5 179:1
**wouldn't** 21:19 56:11 61:16 76:10 82:11 97:10 110:2 110:8 119:5 123:2 135:12 148:2 164:8,8 170:3 183:10
**write** 71:24 94:19 100:21 109:24 110:2
**writing** 22:16 58:12 60:12 94:6
**writing's** 94:12
**written** 138:20 147:18 149:21 183:2,23,24
**wrong** 13:16 17:4 50:22 85:7 93:23 101:23 111:4,6,16 120:22 123:11 124:20 173:23
**wrote** 63:1 150:5

**X**

**X** 114:23

**Y**

**yea** 136:2
**yeah** 6:8 9:23 14:25 15:12,18 18:10,21 20:11 21:5 24:5,8 25:9,11,25 28:19 29:6,18 30:20,22 32:22 33:13 34:16 36:5 38:7 42:14 42:14 45:21 46:25 49:10,13,16,16,19 50:3,19 51:17 57:20 61:9 65:9 65:20,20 67:13,24 68:1,1,20 69:21 69:21 70:14,16 71:10 73:12 75:13 75:19 76:8,21 78:24 79:11 86:13 86:16 87:25 88:22 88:22 90:18,18,22 94:24 95:2,3 97:6 103:24 105:15 109:21 111:6 112:14 120:4 122:5,22 125:14 126:18 127:14 128:21 131:2,4 138:2,11,16 142:7 144:10 145:2,4 146:22 148:15,19 149:12,15 150:2 150:19 151:3 152:25 153:3 156:6,14,14 157:1 158:18 161:6,23 162:13 163:21 165:12 167:14 168:8 169:16 170:9,12,15 171:1 171:3,7,18 172:6 173:5,16 174:13 175:5,10 177:2 180:4 183:24 184:9 185:3
**year** 32:2,2,3 41:18 41:21,21,24 43:16 45:23 72:24 101:14 121:13,15 121:15 136:25 147:25 148:1,4,5 148:6 166:5
**years** 10:16 12:2,6 23:8 24:14 25:4 29:13 35:25 36:21 39:8 40:21,25 43:21 45:22 63:15 73:14 80:23 84:23 84:25 85:1,8 100:3,14,16 101:9 101:13,24 102:6 103:15,20 108:10 115:11 118:10,25 119:23 121:3 122:2,2 123:3,8,9 123:10 145:22 148:7 161:5,9 167:18 168:22
**yep** 62:19,19,25 63:3 95:17 141:14
**yodel** 16:9
**youngest** 30:25 31:6 35:5 38:4 101:1 171:5
**youth** 147:21
**you-all** 80:22 81:10

**Z**

**Zoloft** 66:7 67:7 70:4,13 141:9,15 141:16 142:15 161:16,17,18,21

**$**

**$11** 10:25
**$160** 19:22 171:23
**$2100** 17:24

**0**
**02-04-03** 2:17
**02-12-03** 94:1
**02-17-03** 95:6
**02-18-03** 2:20 128:15 129:10 130:4
**02-20-03** 2:22
**02-21-03** 129:13
**03** 166:10 189:17
**03-26-03** 154:16
**04** 18:13
**04-26-02** 2:13
**06-E-88096** 1:1
**08-16-03** 154:18,20

**1**
**1** 1:14 2:11 44:22 44:24
**1st** 41:6
**1:00** 56:21
**1:34** 96:9
**1:36** 97:24
**1:37** 97:24
**10** 1:13 2:21 128:24 129:1 134:24,24 135:7
**10th** 1:18
**10:00** 74:9 177:11 177:21
**10:16** 1:19 5:1
**10:17** 5:14
**10:44** 29:19
**10:46** 29:19
**100** 5:23 103:7
**10001** 4:13
**1099** 17:7
**11** 2:23 137:20 170:18 176:17 181:10,24
**11:16** 53:17
**11:29** 53:17
**11:30** 56:20
**112** 2:19
**12** 3:5 93:19 153:22 154:10
**12-12-03** 93:21
**12-31-07** 189:16
**12:09** 87:8
**12:17** 87:8
**12:26** 96:9
**12:30** 96:6
**127** 2:20
**128** 2:21
**13** 3:6 165:3,4
**13.94** 10:21
**1301** 59:13
**137** 2:23
**14** 28:10
**15** 28:10 80:23 100:3,14 103:14 103:20 108:10 118:10 119:23 122:2 145:22
**15th** 41:6 98:18,23
**15-year** 103:25
**153** 3:5
**16** 163:14
**16th** 98:18,23 181:19,21
**1600** 4:9
**165** 3:6
**17** 160:13 186:8
**176** 2:5
**18** 160:13 175:1
**187** 2:6
**189** 2:7
**19th** 128:22 129:17
**1919** 1:22 4:4
**1980** 24:17
**1987** 34:2 35:2 105:5 106:24 107:4 109:23 140:24 141:4 144:7 165:23 169:22,24 171:2,6 171:20 173:18,23 176:13
**1990** 24:20 68:12
**1993** 24:20
**1998** 68:10
**1999** 47:23 68:9,10 68:13

**2**
**2** 2:12 46:19,21 59:23
**2:13** 127:16
**2:14** 128:23
**2:23** 137:19
**2:36** 137:19
**2:49** 149:19
**2:54** 153:21
**20** 149:2
**20th** 129:3
**2000** 33:18 47:19 48:6 67:13,21 68:9
**2000/2001** 169:9
**2001** 47:8,11 65:18 67:5 70:1,22,22 140:10
**2001-2002** 115:11
**2002** 33:18 60:1 66:16 74:3 79:23 80:5 173:14,18 174:3 177:2,22 182:3,5 184:15 185:15
**2002-2003** 184:7
**2003** 13:23 59:23 75:8,21 80:19 88:1 129:3 167:10 182:3,5 185:24
**2004** 16:24 89:6
**2005** 80:18
**2006** 1:13,19 109:13 189:9
**209-3400** 4:5
**209-3402** 4:5
**21st** 129:16
**227-8008** 4:10
**227-9508** 4:10
**24** 143:25 150:25 160:12 181:24
**24th** 116:2
**25** 35:17 150:12 166:10
**26** 35:17 60:1
**28** 18:13
**28th** 18:11 59:21
**286** 58:6,21
**29th** 18:12
**29,000** 10:18

**3**
**3** 2:13 57:22,24 62:16 155:23
**3rd** 181:20
**3:00** 117:7
**3:08** 165:1
**3:09** 165:2
**3:11** 166:25
**3:24** 166:25
**3:35** 176:5
**3:54** 1:19 186:12
**30** 177:3
**30s** 149:5
**31** 35:17
**33,000** 41:20
**3377** 1:6
**36** 145:25
**39,000** 41:21

**4**
**4** 2:2,14 20:9 77:23 77:25 82:19,22 83:1 84:6 87:24 105:11 115:2
**4th** 88:1
**40** 177:3
**40-hour** 18:6
**44** 2:11
**46** 2:12
**48** 180:16
**491** 114:13

**5**
**5** 2:4,15 47:11 75:21 77:23,24 78:15 82:19,22 83:2,19 84:14 87:24 96:25 105:11 139:21 181:24
**5th** 75:8 76:22 80:19 81:2 85:19 86:20 108:13,14 119:20 140:10
**5/325** 71:21
**50** 182:8
**507** 143:23
**57** 2:13
**58** 146:11

**6**
**6** 2:16 77:24 87:9
**6:00** 180:19,20 182:8
**6:45** 64:8,11 177:20
**600** 4:9
**63** 38:24
**6513** 189:16

**7**
**7** 2:18 38:23 93:10 93:11 139:21 181:24
**7th** 1:23 4:4
**7:00** 177:20
**7:30** 64:8,11
**70** 147:15
**713** 4:5,5,10,10
**77002** 1:23 4:5
**77002-2911** 4:10
**77380** 4:14

**8**
**8** 2:19 112:9,11 163:11,12,13
**81** 24:17
**82** 2:14,15 24:17
**83** 24:17
**87** 2:16 104:1,2,22 105:7 106:2,3,4

Lorin D. Netterville October 10, 2006
Page 213

144:8 145:19

**9**

**9** 2:20 47:8 127:17 129:23,24,25
**9:00** 74:9 177:11,21
**93** 2:18
**99** 67:21

713.524.4600 Esquire Deposition Services 713.524.4651
3401 Louisiana Suite 300 Houston T.X. 77002 1.800.767.9532